IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>)<br>Plaintiff,        )<br>)<br>v.                     )<br>)<br>THE MEGUNTICOOK FUND,  )<br>L.P.                   )<br>)<br>Defendant.   )<br>_____) | Civ. Action No.<br>05-11677-DPW<br>HON. DOUGLAS P WOODLOCK |

### ORDER APPROVING THE FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE

This matter came upon the Motion of the U.S. Small Business Administration as Receiver for The Megunticook Fund, L.P. for an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date, filed by the U.S. Small Business Administration, Receiver ("Receiver") for The Megunticook Fund, L.P. ("The Fund"). After careful consideration, this Court, being duly advised on the merits of the Motion, **HEREBY ORDERS AND DECREES THAT:**

1.     The Receiver's Motion for entry of an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date is GRANTED;

2.     Following the entry of this Order, the Receiver is ORDERED to send notice, substantially in the form set forth as Exhibit "A" hereto, via first-class mail, postage prepaid, to those persons or entities, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, which the Receiver has reason to believe are creditors, agents, former directors or officers, employees, partners, participant investors or lenders

1

with The Fund, portfolio concerns or limited partners of The Fund, and to any other persons or entities who have, during the term of the receivership, asserted a claim (of whatever kind or merit) against The Fund, the receivership estate, or assets or funds in the possession of the Receiver;

3. The Receiver is further ORDERED to publish notice, substantially in the form set forth in Exhibit "A" hereto, once each week for two weeks in *The Boston Herald*, a newspaper of general circulation;

4. This Court further ORDERS that it finds that notice provided in the form and manner described in Paragraphs 2 and 3 of this Order is reasonable notice, under the circumstances, to persons or entities who may have claims against The Fund, the receivership estate, or assets or funds in the possession of the Receiver;

5. All persons or entities having claims against The Fund, or the receivership estate, or assets or funds in the possession of the Receiver, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, are ORDERED to file such claims in writing and in the form prescribed in paragraph 6 of this Order, with the Receiver, c/o Christine M. Rishty, Principal Agent for SBA, Receiver for The Megunticook Fund, L.P., 666 11th Street, N.W., Suite 200, Washington, D.C. 20001, within thirty (30) days of the last day of notice by publication, which date will be stated in the mailed and published notices;

6. In setting forth a claim against The Fund, the receivership estate or assets or funds in the possession of the Receiver, all persons and entities are ORDERED to state in writing: (1) the full name and address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; and (4) the date on which

the obligation was allegedly incurred by The Fund; and (5) to provide at the time of filing such written claims any and all documents or other materials which the claimant believes supports the claim or might assist the Receiver in evaluating the claim;

7. In the event that the Receiver recommends denial of any claim, it is ORDERED that the Receiver is authorized and directed to move for summary disposition of said claim(s) and to furnish a copy of the moving papers to the claimant(s); in such case the claimant may respond within 30 days, serving a copy of its response on the Receiver, and the Court will resolve said claim(s) expeditiously through a summary procedure that the Court will determine at that time; and

8. To give effect to the "claims bar date" established in Paragraph 5 of this Order, by which date claims must be filed or shall forever be barred, it is further ORDERED that any persons or entities, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, which fail to file a claim against The Fund, the receivership estate, or assets or funds in the possession of the Receiver, in the form and by the time and date required by this Order, shall be forever barred and permanently enjoined from asserting, pursuing or prosecuting any such claims, of any kind or nature, whether now known or unknown, against The Fund, its Receiver, their successors or assigns, or against assets or funds in the possession of the Receiver.

SO ORDERED this 1st day of November 2005, in Boston, Massachusetts.

_____
HONORABLE DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT COURT JUDGE

Copies To:

Rayford A. Farquhar
Assistant United States Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Telephone: (617) 748-3100
Facsimile: (617) 748-3971
Email:rayford.farquhar@usdoj.gov

---

Arlene M. Embrey
Trial Attorney
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6976
Facsimile: (202) 481-0324
Email:arlene.embrey@sba.gov

---

Principal Agent for the Receiver
Christine M. Rishty
SBA, Receiver for The Megunticook Fund, L.P.
666 11th Street, N.W., Suite 200
Washington, D.C. 20001-4542
Telephone: (202) 504-2244
Facsimile: (202) 504-2247

## NOTICE TO ALL CREDITORS OR CLAIMANTS OF
## THE MEGUNTICOOK FUND, L.P.

By Order of the U.S. District Court for the District of Massachusetts, dated _____, persons or entities who wish to assert a claim against The Megunticook Fund, L.P. ("The Fund") must do so by filing a <u>written</u> claim with the Receiver on or before [date thirty (30) days after last date of notice by publication]. <u>All previously submitted claims against The Fund or its Receiver must be resubmitted in accordance with this Notice.</u>

The Megunticook Fund, a Delaware limited partnership, is a Small Business Investment Company ("SBIC") licensed by the U.S. Small Business Administration ("SBA"). The Fund has been in receivership since August 24, 2005 by Order of the Court identified above, entered in Civil Action No. 05-11677DPW, <u>U.S.A. v. The Megunticook Fund, L.P.</u>

Any person or entity asserting a claim against The Fund or assets or funds in the hands of the Receiver, must do so <u>in writing</u>, and forward such claim to:

> SBA, Receiver for The Megunticook Fund, L.P.
> Attention: Christine M. Rishty, Principal Agent
> 666 11th Street, N.W., Suite 200
> Washington, D.C. 20001-4542

Claims must be received no later than 5:00 p.m. E.S.T., [date thirty (30) days after last date of notice by publication].

Your claim must state: (1) the full name, address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; (4) the date on which the obligation was allegedly incurred by The Fund or the Receiver; and (5) must attach all other documents or materials which support the claim, or which the Receiver might require in evaluating the claim. If you fail to provide any of the specified information, your claim will be deemed incomplete and untimely.

Failure to present a complete and timely claim to the Receiver on or before (Date) will result in your claim being forever barred, and you will not thereafter be able to make a claim against The Fund, or any other assets or funds in the possession of the Receiver.

> U.S. SMALL BUSINESS ADMINISTRATION
> as Receiver for The Megunticook Fund, L.P.

# EXHIBIT A