**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Civ. Action No.** |
| | ) | **05-11677DPW** |
| **Plaintiff,** | ) | **HON. DOUGLAS P. WOODLOCK** |
| **v.** | ) | |
| | ) | |
| **THE MEGUNTICOOK FUND, L.P.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**RECEIVER'S MOTION FOR AN ORDER GRANTING LEAVE TO PROCEED WITH THE MARKETING AND SALE OF SBA'S PREFERRED LIMITED PARTNERSHIP INTEREST IN THE MEGUNTICOOK FUND, LP OR THE MEGUNTICOOK FUND'S ASSET PORTFOLIO**

COMES NOW the United States Small Business Administration ("SBA") as Receiver ("the Receiver") for The Megunticook Fund, LP ("Megunticook") and, by and through its undersigned counsel, hereby moves this Court for entry of an Order granting the Receiver leave to proceed with the marketing and sale of (1) the preferred limited partnership interest in Megunticook held by the United States Small Business Administration, a federal agency, or, (2) Megunticook's entire portfolio of assets.

As discussed in the Memorandum of Law filed simultaneously herewith, the Receiver believes that granting the motion for leave to proceed with the marketing and sales process as described therein is in the best interest of the Megunticook Receivership Estate and is the most efficient and beneficial way for the Receiver to accomplish its duties as set forth in the Receivership Order entered by this Court on August 22, 2005.  Although not required by statute, the Receiver has determined that it is also in the best interest of the receivership estate to obtain this Court's approval of the proposed marketing and sales process, which process is modeled

after the Receiver's sale of real estate pursuant to 28 U.S.C. §2001.

WHEREFORE, the Receiver respectfully requests that this Court grant this Motion and enter the proposed Order. Respectfully submitted,

MICHAEL SULLIVAN
UNITED STATES ATTORNEY


Dated: November 4, 2005            By: /s /_____
                                        RAYFORD A. FARQUHAR
                                        Assistant United States Attorney
                                        United States Court House
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        Telephone: (617) 748- 3100
                                        Facsimile: (617) 748- 3971
                                        Email:rayford.farquhar@usdoj.gov


Dated: November 4, 2005            By: /s/ Arlene M. Embrey_____
                                        ARLENE M. EMBREY
                                        Trial Attorney
                                        U.S. Small Business Administration
                                        409 Third Street, S.W., 7th Floor
                                        Washington, DC  20416
                                        Telephone: (202) 205-6976
                                        Facsimile: (202) 481-0324
                                        Email:arlene.embrey@sba.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Receiver's Motion for an Order Granting Leave to Proceed with the Marketing and Sale of SBA's Limited Partnership Interest In the Megunticook Fund, LP or Alternatively with the Marketing and Sale of The Megunticook Fund LP's Portfolio of Assets, Memorandum of Law in Support thereof with Exhibits and proposed Order has been made this 7th day of November 2005, by mailing a copy thereof by first class mail, postage prepaid to each and every Person listed on the Service List attached hereto as Exhibit A:

**SEE EXHIBIT A**

/s/ Arlene Embrey_____
Arlene Embrey

**Exhibit A – Service List**

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St South
2nd Floor
South Natick, MA 01760

RE:  William P Egan 1985 Childrens Trust F/B/O
Gregory J. Egan

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St. South
2nd Floor
South Natick, MA 01760

RE:  William P. Egan 1985 Childrens Trust F/B/O
William P. Egan, III.

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St. South
2nd Floor
South Natick, MA 01760

RE:  William P. Egan 1985 Childrens Trust F/B/O
Kristin E. Reed

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St. South
2nd Floor
South Natick, MA 01760

RE:  William P. Egan 1985 Childrens Trust F/B/O
Mark P. Egan

Mr. Trygve Myhren
Myhren Media
280 Detroit Street
Cherry Creek North
Suite 200
Denver, CO 80206

RE:  Trygve Myhren

Mr. Jack Clifford
Providence Journal Broadcast & Cable Group
6221 East Vista Drive
Scottsdale, AZ 85253

RE:  The Clifford Family, LLC

Mr. Pierce Jackson Roberts, Jr.
621 Ocean Club Court
Amelia Island, FL 32034

RE:  Pierce Jackson Roberts, Jr.

Mr. James Stern
15 Edgemont Road
Larchmont, NY 10538

RE:  James A. Stern

Mr. Stephen Hamblett
66 Williams Street
Providence, RI 02906

RE:  Hamblett Long Range Partnership

Mr. Theodore Ashford
Ashford Capital Management
One Walker's Mill Rd.
Wilmington, DE 19807

RE:  Theodore H. Ashford, Jr.

Mr. Frederick D. Ballou
Loring, Wolcott and Coolidge
230 Congress Street
12th Floor
Boston, MA 02110

RE:  Frederick D. Ballou

Mr. Frederick D. Ballou
Loring, Wolcott and Coolidge
230 Congress Street
12th Floor
Boston, MA 02116

RE:  Augustus P. Loring Residue Trust U/Agreement
Dated May  1, 1965

Mr. Erik Borgen
Borgen Investment Group, Inc.
44 Cook Street, Suite 609
Denver, CO 80206

RE:  Bjorn K. Borgen

Mr. Alexander Webb, III
S & Co
50 Congress Street
Boston, MA 02109

RE:  Hill & Co.

Mr. Lawrence Coolidge
c/o Mr. Frederick Ballou
Loring, Wolcott & Coolidge
230 Congress Street
12th Floor
Boston, MA 02110

RE:  Lawrence Coolidge

Mr. James Cownie
Bankers Trust Company
c/o Mindy Nussbaum-Bell
665 Locust Street
Des Moines, IA 50304

RE:  Bankers Trust Company, N.A. of Des Moines,
Iowa as Custodian F/B/O James S. Cownie IRA

Mr. Thomas Domencich
429 So. Beach Rd.
Hobe Sound, RI 33455

RE:  Condor Partners, L.P.

Mr. William P. Egan
Alta Communications
200 Clarendon Street
51st Floor
Boston, MA 02116

RE:  William P. Egan

Mr. Dean Ericson
Bortz Sports & Media Group
4582 S. Ulster Street
Suite 1450
Denver, CO 80237

RE:  Dean R. Ericson

Mr. Christopher Gaffney
Great Hill Partners
One Liberty Sqaure
13th Floor
Boston, MA 02109

RE:  Christopher S. Gaffney

Mr. Michael N. Garin
DigitalConvergence Corp.
49 Moore Road
Bronxville, NY 10708

RE:  Torunn A. Garin

Mr. Bruce Gendelman
The Bruce Gendelman Company
Attn:  Karen Zastrow
10335 N. Port Washington Road
Suite 200
Mequon, WI 53092

RE:  Gendelman Family Partnership

Mr. Max Gendelman
8595 No. Seneca Rd.
Milwaukee, WI 53217

RE:  Max Gendelman

Mr. John Goddard
140 Montair Court
Danville, CA 94526

RE:  Goddard Revocable Trust dated January 13, 1997

Mr. Edward Grace
Grace Venture Partners
Suntrust Center
200 South Orange Avenue
Suite 1850
Orlando, FL 32801

RE:  Grace Associates

Mr. Benjamin P. Harris
Edwards & Angell, LLP.
2800 Financial Plaza
Providence, RI 02903

RE:  Benjamin P. Harris, III.

Mr. Robert F. Higgins
One Chestnut St., #2A
Boston, MA 02108

RE:  Robert F. Higgins

Mr. James R. Houghton
c/o Marianne Young
Market Street Trust Company
80 E. Market Street
Suite 300
Corning, NY 14830

RE:  James R. Houghton 12/10/34 Trust

Mr. James R. Houghton
c/o Marianne Young
Market Street Trust Company
80 E. Market Street
Suite 300
Corning, NY 14830

RE:  James R. Houghton

Mr. Michael C. Jackson
177 Sabbaday Lane
Washington Depot, CT 06794

RE:  Michael C. Jackson

Mr. Henry Ames
189 Hale Street
Beverly Cove, MA 01915

RE:  Henry Ames

Mr. David  B. Jenkins
17 Fairway Lane
Box 206
Duxbury, MA 02331

RE:  David B. Jenkins

Mr. Scott Jones
Escient, Inc.
1150 W. 116th Street
Carmel, IN 46032

RE:  Scott A. Jones

Ms. Nancy Kissam
4 Woodchester Road
Wellesley Hills, MA 02481

RE:  Nancy Kissam

Mr. Jefferey Kukes
16410 Maddalena Place
Delray Beach, FL 33446

RE:  Jefferey Kukes Trustee FBO   Scott Elwood
Kukes UAD 9/29/82

Mr. Jeffrey Kukes
16410 Maddalena Place
Delray Beach, FL 33446

RE:  Jeffrey Kukes Trustee FBO   Andrew Jonathan
Kukes UAD 9/29/82

Mr. Jefferey Kukes
16410 Maddalena Place
Delray Beach, FL 33446

RE:  Jefferey Kukes Trustee FBO   Jefferey Kukes
UAD 7/20/79

Mr. Ludwig Kuttner
c/o Pam Stevens
P.O. Box 359
Keene, VA 22946

RE:  K Holdings, LLC

Ms. Marie J. Langlois
254 Wayland Street
Providence, RI 02906

RE:  Marie J. Langlois IRA

Mr. Harry T. Lewis, Jr.
105 Southmoor Drive
Denver, CO 80220

RE:  Harry T. Lewis, Jr.

Mr. Peter B. Loring
c/o Mr. Frederick Ballou
Loring, Wolcott & Coolidge
230 Congress Street
12th Floor
Boston, MA 02110

RE:  Peter B. Loring

Mr. Paul Maeder
92 Hayden Avenue
Lexington, MA 02142

RE:  Paul A. Maeder & Gwill E. York

Mr. Shawn Street
Silicon Valley Bank Capital
3000 Sand Hill Road
Building 3, Suite 150
Menlo Park, CA 94025

RE:  Silicon Valley Bancshares

Mr. John Nelson
Two Avery Street
South Tower,36 D
Boston, MA 02111

RE:  John M. Nelson

Mr. James Owen
30 Bayberry Road
Lexington, MA 02421

RE:  James M. Owen

Mr. & Mrs. Anthony Perry
TGP Property Management
P.O.Box 4400
Vail, CO 81658

RE:  Anthony & Teressa Giguere Perry

Mr. Gregory Sacco
29 Bellevue Aveune
Rumson, NJ 07760

RE:  Maria Kerbs Sacco

Mr. Normand F. Smith
Perkins, Smith & Cohen
One Beacon Street
Boston, MA 02108

RE:  Normand F. Smith

Mr. Michael Stanley
PO Box 180
Pottersville, NJ 07979

RE:  Michael C. Stanley

Mr. Michael Stanley
1680 Black River Road
Pottersville, NJ 07979

RE:  Stanley Three Trusts Partnership

Mr. Michael B. Stubbs
Lyon, Stubbs & Tomkins
777 Third Avenue
18th Floor
New York, NY 10017

RE:  Michael B. Stubbs

Mr. Jack Thompson
JD Edwards
1536 Elk View Road
Larkspur, CO 80118

RE:  JVB Private Equity, LLC

Mr. William N. Thorndike
Housatonic Partners
111 Huntington Avenue
Suite 2850
Boston, MA 02199

RE:  Thorndike Investment Partners

Mr. John W. Wall
106 Prospect Street
Providence, RI 02906

RE:  John W. Wall

Ms. Doreen Biebosch
JDJ Resources
31 Milk St.
Suite 401
Boston, MA 02109

RE:  J.H. Walton, Jr.

Mr. Paul Whyte
Manasett Corporation
22 Parsonage Street
Providence, RI 02903

RE:  HMS Jane

Ms. Daphne W. Scalamandre
343 Chicken Valley Road
Upper Brookville, NY 11545

RE:  Daphne W. Scalamandre

Ms. Kathryn Heminway
"Winds Eye"
289 South Cross Road
Chatham, NY 12037

RE:  Kathryn Wilmerding

Mr. Henry D. Sharpe
30 Projac Point Rd.
North Kingston, RI 02852

RE:  Henry D. Sharpe, Jr. Revocable Trust

Mr. Bayard Henry
3 Center Plaza
Room 410
Boston, MA 02108

RE:  Bayard Henry

Mr. Henry A. Wilmerding
5641 Northern Blvd.
East Norwich, NY 11732

RE:  Henry A. Wilmerding, III.

Mr. Bruce Gendelman
The Bruce Gendelman Company
Attn: Karen Zastrow
10335 N. Port Washington Road
Mequon, WI 53092

RE:  Bruce Gendelman

Mr. Patrick R. Wilmerding
Private Signals
120 Water Street
5th Floor
Boston, MA 02109

RE:  Blue Hill Investment Management

Mr. Stewart Turley
1465 South Fort Harrison
Suite 201
Clearwater, FL 33756

RE:  Turley Family Trust, Ltd.

Mr. Eliot Wadsworth
Housatonic Partners
111 Huntington Avenue
Suite 2850
Boston, MA 02116

RE:  Auchincloss, Wadsworth & Co. L.P.

Mr. Bayard Henry
3 Center Plaza
Rm 410
Boston, MA 02108

RE:  Bayard Henry

Mrs. Patsy Psaledakis
338 Kent Avenue
Kent Field, CA 94904

RE:  Patsy W. Psaledakis Revocable Trust DTD
6/16/1999 FBO Patsy W. Psaledakis

Mr. Francois de Saint Phalle
1107 5th Avenue
6-N
New York, NY 10128

RE:  Francois de Saint Phalle

Mr. James D. Houghton
Att: Maryanne Young
80 E. Market Street
Suite 300
Corning, NY 14830

RE:  James D. Houghton

Lynne Anderson
Megunticook Management, LLC
143 Newbury Street
6th Floor
Boston, Massachusetts 02116

Mr. Steven Petrucci
Falcidian, LLC
103 Foulk Road
Suite 101
Wilmington, DE 19803
RE:  Theodore H. Ashford, Jr.

Mr. Rob Balogh
Balogh & Tjornehoj
600 S. Cherry st.
#210
Denver, CO 80246-

RE:  Bjorn K. Borgen

Mr. James Cownie
1011 Locust Street
Suite 309
Des Moines, IA 50309-

RE:  Bankers Trust Company, N.A. of Des Moines,
Iowa as Custodian F/B/O James S. Cownie IRA

Mr. James Kittler
JDJ Resources
31 Milk Street
Suite 401
Boston, MA 02109-

RE:  Robert F. Higgins

Mr. Tim O'Brien
O'Brien & Assoc, LLC
10 Kearney Rd
Needham, Ma 02494-

RE:  Paul A. Maeder & Gwill E. York

Mr. Tom Post
Independence Advisors, Inc
3700 Woodward Ave
Bloomfield, MI 48304-

RE:  Michael C. Stanley

Mr. Tom Post
Independence Advisors
3700 Woodward Ave
Bloomfield Hills, Mi 48304-

RE:  Stanley Three Trusts Partnership

Mr. Dave Shuman
Sullivan, Shuman & Friedberg, LLC
3 Tech Circle
Natick, MA 01760-

RE:  J.H. Walton, Jr.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,)** | | |
| ) | **Civ. Action No.** | |
| ) | **05-11677DPW** | |
| **Plaintiff,** ) | **HON. DOUGLAS P. WOODLOCK** | |
| **v.** ) | | |
| ) | | |
| **THE MEGUNTICOOK FUND,** ) | | |
| **L.P.** ) | | |
| ) | | |
| **Defendant.** ) | | |
| _____) | | |

**ORDER**

This matter came before this Court upon the Motion of the United States Small

Business Administration ("SBA") as Receiver (the "Receiver") for The Megunticook

Fund, LP ("Megunticook") for entry of an Order granting the Receiver leave to proceed

with the marketing and sale of (1) the preferred limited partnership interest in

Megunticook held by SBA, the federal agency or (2) Megunticook's entire portfolio of

assets. After careful consideration of the pleadings submitted in this matter, it is hereby

**ORDERED**

1. That the Receiver's motion is granted in its entirety;

2. That the Receiver is hereby granted leave to market and sell the preferred

limited partnership interest in Megunticook held by SBA in its capacity as a federal

agency or Megunticook's entire portfolio of assets in accordance with the sales and

marketing process set forth in the Receiver's motion.

Dated: _____

_____
THE HONORABLE DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT COURT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,                )
                                         )
                                         )    Civ. Action No.
                                         )    05-11677DPW
            Plaintiff,                   )    HON. DOUGLAS WOODLOCK
                                         )
    v.                                   )
                                         )
THE MEGUNTICOOK FUND, L.P.               )
                                         )
            Defendant.                   )
_____  )

## AFFIDAVIT OF THOMAS G. MORRIS

DISTRICT OF COLUMBIA            |            SS:

The undersigned, Thomas G. Morris, swears and says that:

1.      I am employed by the United States Small Business Administration

("SBA") in the position of Director of the Office of Liquidation and have served in that

capacity since 1994.

2.      In my position as the Director of Liquidation, I am responsible for the

oversight and direction of all SBICs in liquidation, such as The Megunticook Fund, LP

("Megunticook"). In my position as the Director of Liquidation, I am also the custodian

of SBA's official books and records regarding SBICs in liquidation, such as

Megunticook.

3.      I have read the Receiver's motion for entry of an order granting the

Receiver leave to proceed with the marketing and sale of (1) the preferred limited

partnership interest in Megunticook held by SBA, the federal agency or (2)

Megunticook's entire portfolio of assets, the memorandum in support thereof and exhibits

and the proposed Order and am familiar with the contents of each. This Affidavit is based upon my personal knowledge, discussions with the principal of the prospective purchaser of the preferred limited partnership interest in Megunticook held by SBA in its capacity as a federal agency, discussions with the private firm engaged by the Receiver to conduct the marketing and sales process that is the subject of the Receiver's motion, and my review of records and documents contained in the business files of SBA regarding Megunticook. The exhibit attached to the Memorandum in Support of Plaintiff's Motion is a true and correct copy of, and a part of, the official business records of SBA.

4.     On August 22, 2005, this Court entered an order ("the Receivership Order") appointing SBA as Receiver for Megunticook. Paragraph One of the Receivership Order authorizes the Receiver to sell or transfer the interest of SBA and/or other limited partners in Megunticook as long as the Receiver obtains the express written consent from the party whose interest is to be sold.

5.     SBA, in its capacity as a federal agency, is the holder of a preferred limited partnership interest ("the Interest") evidenced by various equity instruments referred to as Participating Securities.

6.     By letter dated October 9, 2005, the United States Small Business Administration, a federal agency, through a duly authorized representative, gave its express written permission for the Receiver, and/or its authorized agents, to market and sell the Interest in Megunticook provided the purchase price was at least $6.2 million.

7.     By Agreement dated October 31, 2005, the Receiver and a third party venture capital fund entered into a Purchase and Sale Agreement ("the Agreement") for the sale of the Interest. The purchase price is $6.2 million.

2

8.      In an effort to obtain the highest and best price for SBA's preferred limited partnership interest, the Receiver engaged a private firm to market the terms of the Agreement to qualifying sophisticated investors subject to the respective investor's execution of an approved Non-Disclosure Agreement ("NDA").

9.      Prospective bidders and potential purchasers to whom the Interest and terms of the Agreement have been marketed are required to conduct their own due diligence on the asset portfolio of Megunticook. If they choose to proceed, these entities will then be required to submit competing bids against the Agreement and will be required to accept the identical terms and conditions of the Agreement. All competing bids must, at a minimum, equal 110% of the purchase price ($6.2 million) negotiated in the Agreement.

10.     In the event there is a competing bid that meets these requirements, that party will be required to submit its best and final offer within ten (10) business days after notification by the Receiver. The signatory to the original Agreement will also be given the opportunity to increase their offer for the Interest. After the final and best offers are received, the Receiver will announce the highest bidder and will then proceed to close the sale with that party as the prospective purchaser.

11.     A condition precedent to closing with any party will be final confirmation and approval by this Court of the highest bidder as the purchaser of the Interest. In the event no objections to the proposed sale are received and no bids are received in compliance with the proposed notice of sale, the Receiver will seek the Court's leave for permission to close the transaction without necessity of an order confirming the proposed sale.

3

12.    The process the Receiver plans to undertake is similar to that undertaken by federal receivers when conducting private sales of real property in accordance with 28 U.S.C. §2001(b).

13.    Although publication is required under the statute governing a federal receiver's private sale of real property, the Receiver has determined that the marketing effort proposed herein is sufficient in that the Agreement will be marketed to a limited pool of sophisticated investors in conformance with the laws governing the sale and transfer of securities.

14.    While an order confirming this type of sale is not required by statute or under the Receivership Order, the confirmation process will resolve any valid objections to the process prior to closing as all parties and entities that took place in the marketing and sales process will be served by the Receiver with the approval and confirmation pleadings.

15.    The Receiver is also requesting that this Court approve the provision of the Agreement that allows a party to make a competing bid solely for the entire asset portfolio of Megunticook as opposed to SBA's limited partnership interest. The Agreement specifically provides for purchase of the entire portfolio of Megunticook's assets in order to avoid the piecemeal liquidation of assets and additional delay, both of which would be detrimental to the receivership estate.

16.    It is my opinion that the Agreement and the process for receiving competing bids described in the Agreement are in the best interest of the receivership estate.

17.    The sales process that is the subject of this motion and the bar date

4

process, which the Receiver has moved this Court to approve are two major undertakings that the Receiver must complete in order to carry out its duties under the Receivership Order and terminate the receivership estate in an expeditious and cost effective manner. Once the Receiver is successful in closing the deal negotiated in the Agreement and once the claims bar date process is completed, the Receiver will move this Court to begin the process of winding down and eventually terminating the receivership estate.

"I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief."

Executed on this ꓭꓭ day of November, 2005.


Thomas G. Morris


Subscribed and sworn to me on this ꓭ day of November, 2005.

Notary Public

My commission expires on:

My Commission expires October 31, 2007



**U.S. SMALL BUSINESS ADMINISTRATION**
WASHINGTON, D.C. 20416

October 9, 2005

United States Small Business Administration as
Receiver for The Megunticook Fund, LP
attn: Christine Rishty, Principal Agent for the Receiver
666 11th Street, NW
Suite 200
Washington, DC 20416

      Re:    Authorization to Market and Sell SBA's Preferred Limited Partnership
             Interest in The Megunticook Fund, LP

Dear Ms. Rishty:

In accordance with paragraph one of the order entered August 22, 2005 ("the
Receivership Order") by the United States District Court for the District of Massachusetts
in Civil Case No. 05-11677, United States v. The Megunticook Fund, LP, the United
States Small Business Administration ("SBA"), a federal agency, hereby authorizes the
United States Small Business Administration in its capacity as court-appointed receiver
("the Receiver") of The Megunticook Fund, LP ("Megunticook") to market and sell, for
no less than \$6.2million, SBA's Preferred Limited Partnership interest in Megunticook.
The Preferred Limited Partnership interest is evidenced by Participating Securities in the
principal amount of \$31,700,000, which are more fully described as:

      a.    No. 02029051-08 in the amount of \$10,000,000 disbursed on 11/15/99;
      b.    No. 02029052-06 in the amount of \$8,000,000 disbursed on 3/10/00;
      c.    No. 02029053-04 in the amount of \$6,700,000 disbursed on 7/14/00;
      d.    No. 02029054-02 in the amount of \$2,500,000 disbursed on 12/20/00;
      e.    No. 02029055-00 in the amount of \$750,000 disbursed on 4/25/01;
      f.    No. 02029056-09 in the amount of \$1,500,000 disbursed on 7/27/01;
      g.    No. 02029057-07 in the amount of \$1,150,000 disbursed on 1/25/02;
      h.    No. 02029058-05 in the amount of \$1,100,000 disbursed on 5/24/02.

Sincerely,

Thomas G. Morris,
Director, Office of Liquidation

Federal Recycling Program   Printed on Recycled Paper