UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>)<br>)<br>**Plaintiff,**  )<br>v.         )<br>)<br>THE MEGUNTICOOK FUND,  )<br>L.P.          )<br>)<br>**Defendant.**  )<br>_____) | Civ. Action No.<br>05-11677DPW |

## ORDER

This matter came before this Court upon the Motion of the United States Small Business Administration ("SBA") as Receiver (the "Receiver") for The Megunticook Fund, LP ("Megunticook") for entry of an Order granting the Receiver leave to proceed with the marketing and sale of (1) the preferred limited partnership interest in Megunticook held by SBA, the federal agency or (2) Megunticook's entire portfolio of assets. After careful consideration of the pleadings submitted in this matter, and no opposition to the motion having been presented, it is hereby

**ORDERED**

1. That the Receiver's motion is granted in its entirety;

2. That the Receiver is hereby granted leave to market and sell the preferred limited partnership interest in Megunticook held by SBA in its capacity as a federal agency or Megunticook's entire portfolio of assets in accordance with the sales and marketing process set forth in the Receiver's motion.

Dated: November 29, 2005

_____
THE HONORABLE DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT COURT JUDGE