UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) | 05-11677 DPW |
| v. | ) ) ) |  |
| THE MEGUNTICOOK FUND, L.P. | ) ) |  |
| Defendant. | ) ) |  |

**RECEIVER'S MEMORANDUM IN SUPPORT OF
MOTION FOR ENTRY OF AN ORDER APPROVING THE
<u>RECEIVER'S NOTICE AND DETERMINATION OF CLAIMS</u>**

In support of the Motion of the U. S. Small Business Administration ("SBA") as Receiver ("Receiver") for The Megunticook Fund, L.P. ("Megunticook") for entry of an Order approving the Receiver's Notice and Determination of Claims Received in Response to the Claims Bar Date ("Notice and Determination"), filed simultaneously herewith, and adopting the Receiver's recommendations for the determination of claims against the receivership, the Receiver states as follows:

1. Pursuant to the Bar Date Order entered by this Court on November 1, 2005, the Receiver for Megunticook solicited claims against Megunticook, the receivership estate, and assets or funds in the possession of the Receiver.

2. The Bar Date Order required all claims to be submitted to Christine M. Rishty, Principal Agent for the Receiver, by the claims bar date of December 30, 2005.

3. Notice of the claims bar date was sent via U. S. mail, postage prepaid to all persons or entities, other than the U.S. Small Business Administration, which the Receiver had

reason to believe were creditors, agents, former directors or officers, shareholders, employees, partners, participant investors or lenders with Megunticook, portfolio concerns of Megunticook, and to any other persons or entities who had, during the term of the receivership, asserted a claim against Megunticook, the receivership estate, or assets or funds in the possession of the Receiver.

4. Notice of the Claims Bar Date was published pursuant to paragraph 3 of the Bar Date Order once each week for two weeks in *The Boston Herald*.

5. As noted in the Receiver's Notice and Determination filed herewith, no claim was received by the Receiver in response to these mailed and published notices. The Receiver's recommendations for the disposition of assets, and its reasons in support of its recommendations, are set forth in the Notice and Determination filed herewith as Exhibit A.

6. In summary, the Receiver is recommending that any administrative expenses of the receivership be paid first in priority; then to Receiver's Certificates, if any; next to SBA, the federal agency, as a creditor $2,144,749,04 plus accrued interest representing the amount due under six debt financing instruments issued to Megunitcook; next to SBA, the federal agency, for its preferred limited partnership interest in the amount of $31,700,000.00; and finally to the other equity holders in Megunticook in accordance with the provisions contained in Megunticook's Limited Partnership Agreement.

WHEREFORE, the Receiver respectfully requests that this Court enter the proposed Order approving the Receiver's recommendations.

                                        Respectfully submitted,

                                        U.S. Small Business Administration as
                                        Receiver for The Megunticook Fund, L.P.

Dated: 2/23/06                By:    /s/ Arlene M. Embrey
                                                ARLENE M. EMBREY

                                        Trial Attorney, SBIC Litigation/Liquidation
                                        Office of General Counsel
                                        U.S. Small Business Administration
                                        409 Third Street, S.W., 7th Floor
                                        Washington, D.C. 20416
                                        Telephone:   (202) 205-6976
                                        Facsimile:   (202) 481-0324
                                        Email:  arlene.embrey@sba.gov