UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiff,          )<br>                              )<br>      v.                      )<br>                              )<br> THE MEGUNTICOOK FUND, L.P.    )<br>                              )<br>           Defendant.         )<br>_____) | CIVIL ACTION NO.<br>05-11677 DPW |

ORDER

This matter comes before the Court on the Motion of the U. S. Small Business Administration ("SBA") as Receiver ("Receiver") for The Megunticook Fund, L.P. ("Megunticook") for Entry of An Order Approving the Notice and Determination of Claims, Memorandum in Support of Motion, and Receiver's Notice and Determination of Claims Received in Response to the Claims Bar Date. After reviewing the pleadings,

IT IS HEREBY ORDERED THAT:

1. The Receiver's Motion is GRANTED in its entirety;

2. The Receiver's Notice and Determination of Claims, and the Receiver's recommendations therein are APPROVED; and

3. After payment of receivership administrative expenses, remaining assets of the Megunticook receivership estate will be applied next towards a) Receiver Certificates, if any; then to b) payment of SBA's $2,144,749,04 claim for Secured Notes Receivable, including all accrued interest thereon; then to c) the Preferred Limited Partnership Interest of the U.S. Small Business Administration ("SBA"), which includes principal of $31,700,000 plus prioritized

payments as those payments become due; and then to d) the Private Limited Partners of Megunticook as provided in the Agreement of Limited Partnership dated January 19, 1999; and

5. The Receiver is hereby authorized to make partial payments from receivership funds to the SBA in partial satisfaction of its creditor claim for Secured Notes Receivable in such amounts as the Receiver deems appropriate, without further prior order of this Court; and

6. This Order shall become a Final Order thirty (30) days after service hereof by the Receiver to any persons who failed to file claims pursuant to the terms of this Court's Order entered November 1, 2005 establishing the Claims Bar Date, and all such persons shall be forever barred and permanently enjoined from asserting, pursuing or prosecuting any pre-receivership claim (i.e., arising before August 22, 2005) against Megunticook, the Receiver, their successors and assigns or assets or funds in the possession of the Receiver.

IT IS SO ORDERED, this 12th day of March, 2006.

Douglas P. Woodlock
THE HONORABLE DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT COURT JUDGE