**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | **CIV. ACTION NO. 05-11677DPW** |
| ) | **HON. DOUGLAS P. WOODLOCK** |
| ) | |
| **v.** ) | |
| ) | |
| **THE MEGUNTICOOK FUND, L.P.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**RECEIVER'S MOTION  FOR ENTRY OF PROPOSED ORDER APPROVING AND
CONFIRMING THE PRIVATE SALE OF SBA'S PREFERRED LIMITED <u>PARTNERSHIP
INTEREST IN THE MEGUNTICOOK FUND, L.P.</u>**

The United States Small Business Administration ("SBA"), as Receiver ("Receiver") for The

Megunticook Fund, L.P. ("Megunticook"), hereby moves this Court for entry of the an Order

approving and confirming the private sale of SBA's Preferred Limited Partnership Interest in

Megunticook without the necessity of a hearing.

By Order dated November 29, 2005, this Court granted the Receiver leave to proceed with

the marketing and sale of the preferred limited partnership interest in Megunticook held by SBA in

its capacity as a federal agency or Megunticook's entire portfolio of assets**.** In its Memorandum in

Support of its Motion for entry of that Order, the Receiver notified this Court that it had received

authorization from SBA to market and sell its preferred limited partnership interest in Megunticook

for a purchase price of at least $6.2 million, and that it had entered into a Purchase and Sale

Agreement dated October 31, 2005 (the "Agreement") for the sale of the Interest for $6.2 million

with a third party venture capital company.

The Receiver has since completed the marketing process.  In consideration of the fact that no

additional bids for SBA's preferred limited partnership interest in Megunticook were timely received

and no timely offers were made for the purchase of Megunticook's entire portfolio of assets, the

Receiver requests that this Court approve and confirm the sale of SBA's preferred limited

partnership interest in accordance with the terms of the Agreement without the necessity of a

hearing, thereby saving the Megunticook Receivership Estate the additional time and expenses

associated with the preparation and attendance at a hearing.  The Receiver respectfully submits that

approval and confirmation of the sale to the contract purchaser will be in the best interests of the

Receivership Estate.  A Memorandum in Support of this Motion with exhibits and a proposed Order

are being filed simultaneously herewith.

WHEREFORE, the Receiver respectfully moves this Court to grant this Motion and to enter

the proposed Order filed simultaneous herewith.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for The Megunticook Fund, L.P.

Dated: 3/20/06           By:    /s/ Arlene M. Embrey
                                ARLENE M. EMBREY
                                Trial Attorney, SBIC Litigation/Liquidation
                                Office of General Counsel
                                U.S. Small Business Administration
                                409 Third Street, S.W., 7th Floor
                                Washington, D.C. 20416
                                Telephone:   (202) 205-6976
                                Facsimile:   (202) 481-0324
                                Email:  arlene.embrey@sba.gov



425 California Street
Suite 2300
San Francisco, California 94104
phone 415.402.0700
fax 415.402.0052
www.probitaspartners.com

March 14, 2006

United States Small Business Administration
As Receiver for The Megunticook Fund, L.P.
Attn: Thomas G. Morris, Director
Office of Liquidation
409 3rd Street SW
Washington, D.C. 20416

Dear Mr. Morris:

I am writing this letter to update you on the status of the marketing of the Small Business Administration's limited partnership interest in The Megunticook Fund and the promissory notes issued by The Megunticook Fund. I wanted to confirm that we have not received any written, binding bids for these interests as of the bid deadline, which was Wednesday, March 8, 2006 at 5:00pm PDT.

We appreciate the opportunity to work with you on this process, and look forward to assisting you in the future.

Sincerely,

Craig A. Marmer
Managing Director

Integrated ▪ Global ▪ Alternative Investment ▪ Solutions

I HEREBY CERTIFY that service of the foregoing Receiver's Motion for an Order Approving and Confirming the Private Sale of SBA's Limited Partnership Interest In the Megunticook Fund, LP, Memorandum of Law in Support thereof with Exhibits and proposed Order has been made this 20th day of March, 2006, by mailing a copy thereof by first class mail, postage prepaid to the following entities listed below:


 /s/ Arlene M. Embrey
ARLENE M. EMBREY


ABS Ventures
890 Winter Street, Suite 225
Waltham, MA 02451

Adams Street Partners
One North Wacker Drive, Suite 2200
Chicago, IL 60606

AIG Global Investment Partners
599 Lexington Avenue, 25th Floor
New York, NY 10022

Alpinvest Partners
630 Fifth Avenue, 28th Floor
New York, NY 10016

Aperture Ventures
2625 Polk Street
San Francisco, CA 94109

AUDA Advisor Associates
745 Fifth Avenue, 29th Floor
New York, NY 10151

AXA Private Equity
1370 Avenue of the Americas, 22nd Floor
New York, NY 10019

California State Teachers Retirement Systems
7667 Folsom Blvd., Suite 250, P.O. Box 163749, MS 4
Sacramento, CA 95826

Centennial Ventures
1428 Fifteenth Street
Denver, CO 80202

Cipio Partners
560 South Winchester Blvd., Suite 500
San Jose, CA 95128

Coller Capital

410 Park Avenue
New York, NY 10022

CSFB Asset Management
11 Madison Avenue, 16th Floor
New York, NY 10010

Fortress Investment Group
1251 Avenue of the Americas, 16th Floor
New York, NY 10020

Goldman Sachs Asset Management
32 Old Slip, 9th Floor
New York, NY 10005

Hamilton Lane Advisors
One Belmont Avenue, Ninth Floor
Bala Cynwyd, PA 19004

Headway Capital Partners
16 Old Bond Street, 4th Floor
London UK W1S 4PS

Key Capital Corporation
800 Superior Avenue
Cleveland, OH 44114

Landmark Partners
10 Mill Pond Lane
Simsbury, CT 06070

Lehman Brothers
399 Park Avenue, 9th Floor
New York, NY 10022

Lexington Partners
660 Madison Avenue
New York, NY 10021

Merrill Lynch Investment Managers
800 Scudders Mill Road (2F)
Plainsboro, NJ 08536

Morgan Stanley
One Tower Bridge, 100 Front Street, Suite 1100
West Conshohocken, PA 19428

Mustang Capital
1530 Sixteenth Street, Suite 200
Denver, CO 80202

Pantheon Ventures, Inc.
600 Montgomery Street, 23rd Floor
San Francisco, CA 94111

Partners Group USA
450 Lexington Avenue, 39th Floor
New York, NY 10017

Peppertree Fund
3550 Landon Road, #300
Pepper Pike, OH 44124\

Permal Capital Management
900 Third Avenue
New York, NY 10022

Pomona Capital
780 Third Avenue, 44th Floor
New York, NY 10017

Private Equity Investors
505 Park Avenue, 4th Floor
New York, NY 10022

Saints Ventures
475 Sansome Street, Suite 1850
San Francisco, CA 94015

Sunrise Capital
C/O Roy Katzovicz, 51 West 52nd Street, 30th Floor
New York, NY 10023

Thomas Weisel Partners Fund of Funds
Two International Place, 26th Floor
Boston, MA 02110

Venture Capital Fund of America (VCFA)
509 Madison Avenue, Suite 812
New York, NY 10022

W Capital Partners
One East 52nd Street
New York, NY 10022

Robert N. Bua
CareScout.com
36 Washington St, Suite 170
Wellesley, MA 02481

Mr. Allen Barr
GT Nexus, Inc.
1301 Marina Village Parkway, Suite 240
Alameda, CA 94501

Mr. Ross Sullivan

PHT Corporation
500 Rutherford Avenue
Charlestown, NA 02129

Dick Porter
Publishing Group of America
341 Cool Springs Blvd., Suite 400
Franklin, TN  37067


Mr. Neil Mulholland
Prairie iNet
11305 Aurora Avenue
Des Moines, IA 50322

Jack Roberts
Telephia, Inc
101 Green Street
San Francisco, CA 94111

Mr. Mark Mendes
Wisor, Inc.
300 Professional Drive
Suite 200
Gaithersburg, MD  20879

Mr. Grant Gund
Coppermine Capital
950 Winter Street
Waltham, MA 02451

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St South
2nd Floor
South Natick, MA 01760

RE:  Gregory J. Egan

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St. South
2nd Floor
South Natick, MA 01760

RE:  William P. Egan 1985 Childrens Trust F/B/O
William P. Egan, III.

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St. South
2nd Floor
South Natick, MA 01760

RE:  William P. Egan 1985 Childrens Trust F/B/O
Kristin E. Reed

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St. South
2nd Floor
South Natick, MA 01760

RE:  William P. Egan 1985 Childrens Trust F/B/O
Mark P. Egan

Mr. Trygve Myhren
Myhren Media
280 Detroit Street
Cherry Creek North
Suite 200
Denver, CO 80206

RE:  Trygve Myhren

Mr. Jack Clifford
Providence Journal Broadcast & Cable Group
6221 East Vista Drive
Scottsdale, AZ 85253

RE:  The Clifford Family, LLC

Mr. Pierce Jackson Roberts, Jr.
621 Ocean Club Court
Amelia Island, FL 32034

RE:  Pierce Jackson Roberts, Jr.

Mr. James Stern
15 Edgemont Road
Larchmont, NY 10538

RE:  James A. Stern

Mr. Stephen Hamblett
66 Williams Street
Providence, RI 02906

RE:  Hamblett Long Range Partnership

Mr. Theodore Ashford
Ashford Capital Management
One Walker's Mill Rd.
Wilmington, DE 19807

RE:  Theodore H. Ashford, Jr.

Mr. Frederick D. Ballou
Loring, Wolcott and Coolidge
230 Congress Street
12th Floor
Boston, MA 02110

RE:  Frederick D. Ballou

Mr. Frederick D. Ballou
Loring, Wolcott and Coolidge
230 Congress Street
12th Floor
Boston, MA 02116

RE:  Augustus P. Loring Residue Trust U/Agreement
Dated May  1, 1965

Mr. Erik Borgen
Borgen Investment Group, Inc.
44 Cook Street, Suite 609
Denver, CO 80206

RE:  Bjorn K. Borgen

Mr. Alexander Webb, III
S & Co
50 Congress Street
Boston, MA 02109

RE:  Hill & Co.

Mr. Lawrence Coolidge
c/o Mr. Frederick Ballou
Loring, Wolcott & Coolidge
230 Congress Street
12th Floor
Boston, MA 02110

RE:  Lawrence Coolidge

Mr. James Cownie
Bankers Trust Company
c/o Mindy Nussbaum-Bell
665 Locust Street
Des Moines, IA 50304

RE:  Bankers Trust Company, N.A. of Des Moines,
Iowa as Custodian F/B/O James S. Cownie IRA

Mr. Thomas Domencich
429 So. Beach Rd.
Hobe Sound, RI 33455

RE:  Condor Partners, L.P.

Mr. William P. Egan
Alta Communications
200 Clarendon Street
51st Floor
Boston, MA 02116

RE:  William P. Egan

Mr. Dean Ericson
Bortz Sports & Media Group
4582 S. Ulster Street
Suite 1450
Denver, CO 80237

RE:  Dean R. Ericson

Mr. Christopher Gaffney
Great Hill Partners
One Liberty Sqaure
13th Floor
Boston, MA 02109

RE:  Christopher S. Gaffney

Mr. Michael N. Garin
DigitalConvergence Corp.
49 Moore Road
Bronxville, NY 10708

RE:  Torunn A. Garin

Mr. Bruce Gendelman
The Bruce Gendelman Company
Attn:  Karen Zastrow
10335 N. Port Washington Road
Suite 200
Mequon, WI 53092

RE:  Gendelman Family Partnership

Mr. Max Gendelman
8595 No. Seneca Rd.
Milwaukee, WI 53217

RE:  Max Gendelman

Mr. John Goddard
140 Montair Court
Danville, CA 94526

RE:  Goddard Revocable Trust dated January 13, 1997

Mr. Edward Grace
Grace Venture Partners
Suntrust Center
200 South Orange Avenue
Suite 1850
Orlando, FL 32801

RE:  Grace Associates

Mr. Benjamin P. Harris
Edwards & Angell, LLP.
2800 Financial Plaza
Providence, RI 02903

RE:  Benjamin P. Harris, III.

Mr. Robert F. Higgins
One Chestnut St., #2A
Boston, MA 02108

RE:  Robert F. Higgins

Mr. James R. Houghton
c/o Marianne Young
Market Street Trust Company
80 E. Market Street
Suite 300
Corning, NY 14830

RE:  James R. Houghton 12/10/34 Trust

Mr. James R. Houghton
c/o Marianne Young
Market Street Trust Company
80 E. Market Street
Suite 300
Corning, NY 14830

RE:  James R. Houghton

Mr. Michael C. Jackson
177 Sabbaday Lane
Washington Depot, CT 06794

RE:  Michael C. Jackson

Mr. Henry Ames
189 Hale Street
Beverly Cove, MA 01915

RE:  Henry Ames

Mr. David  B. Jenkins
17 Fairway Lane
Box 206
Duxbury, MA 02331

RE:  David B. Jenkins

Mr. Scott Jones
Escient, Inc.
1150 W. 116th Street
Carmel, IN 46032

RE:  Scott A. Jones

Ms. Nancy Kissam
4 Woodchester Road
Wellesley Hills, MA 02481

RE:  Nancy Kissam

Mr. Jefferey Kukes
16410 Maddalena Place
Delray Beach, FL 33446

RE:  Jefferey Kukes Trustee FBO   Scott Elwood
Kukes UAD 9/29/82

Mr. Jeffrey Kukes
16410 Maddalena Place
Delray Beach, FL 33446

RE:  Jeffrey Kukes Trustee FBO   Andrew Jonathan
Kukes UAD 9/29/82

Mr. Jefferey Kukes
16410 Maddalena Place
Delray Beach, FL 33446

RE:  Jefferey Kukes Trustee FBO   Jefferey Kukes
UAD 7/20/79

Mr. Ludwig Kuttner
c/o Pam Stevens
P.O. Box 359
Keene, VA 22946

RE:  K Holdings, LLC

Ms. Marie J. Langlois
254 Wayland Street
Providence, RI 02906

RE:  Marie J. Langlois IRA

Mr. Harry T. Lewis, Jr.
105 Southmoor Drive
Denver, CO 80220

RE:  Harry T. Lewis, Jr.

Mr. Peter B. Loring
c/o Mr. Frederick Ballou
Loring, Wolcott & Coolidge
230 Congress Street
12th Floor
Boston, MA 02110

RE:  Peter B. Loring

Mr. Paul Maeder
92 Hayden Avenue
Lexington, MA 02142

RE:  Paul A. Maeder & Gwill E. York

Mr. Shawn Street
Silicon Valley Bank Capital
3000 Sand Hill Road
Building 3, Suite 150
Menlo Park, CA 94025

RE:  Silicon Valley Bancshares

Mr. John Nelson
Two Avery Street
South Tower,36 D
Boston, MA 02111

RE:  John M. Nelson

Mr. James Owen
30 Bayberry Road
Lexington, MA 02421

RE:  James M. Owen

Mr. & Mrs. Anthony Perry
TGP Property Management
P.O.Box 4400
Vail, CO 81658

RE:  Anthony & Teressa Giguere Perry

Mr. Gregory Sacco
29 Bellevue Aveune
Rumson, NJ 07760

RE:  Maria Kerbs Sacco

Mr. Normand F. Smith
Perkins, Smith & Cohen
One Beacon Street
Boston, MA 02108

RE:  Normand F. Smith

Mr. Michael Stanley
PO Box 180
Pottersville, NJ 07979

RE:  Michael C. Stanley

Mr. Michael Stanley
1680 Black River Road
Pottersville, NJ 07979

RE:  Stanley Three Trusts Partnership

Mr. Michael B. Stubbs
Lyon, Stubbs & Tomkins
777 Third Avenue
18th Floor
New York, NY 10017

RE:  Michael B. Stubbs

Mr. Jack Thompson
JD Edwards
1536 Elk View Road
Larkspur, CO 80118

RE:  JVB Private Equity, LLC

Mr. William N. Thorndike
Housatonic Partners
111 Huntington Avenue
Suite 2850
Boston, MA 02199

RE:  Thorndike Investment Partners

Mr. John W. Wall
106 Prospect Street
Providence, RI 02906

RE:  John W. Wall

Ms. Doreen Biebosch
JDJ Resources
31 Milk St.
Suite 401
Boston, MA 02109

RE:  J.H. Walton, Jr.

Mr. Paul Whyte
Manasett Corporation
22 Parsonage Street
Providence, RI 02903

RE:  HMS Jane

Ms. Daphne W. Scalamandre
343 Chicken Valley Road
Upper Brookville, NY 11545

RE:  Daphne W. Scalamandre

Ms. Kathryn Heminway
"Winds Eye"
289 South Cross Road
Chatham, NY 12037

RE:  Kathryn Wilmerding

Mr. Henry D. Sharpe
30 Projac Point Rd.
North Kingston, RI 02852

RE:  Henry D. Sharpe, Jr. Revocable Trust

Mr. Bayard Henry
3 Center Plaza
Room 410
Boston, MA 02108

RE:  Bayard Henry

Mr. Henry A. Wilmerding
5641 Northern Blvd.
East Norwich, NY 11732

RE: Henry A. Wilmerding, III.

Mr. Bruce Gendelman
The Bruce Gendelman Company
Attn: Karen Zastrow
10335 N. Port Washington Road
Mequon, WI 53092

RE: Bruce Gendelman

Mr. Patrick R. Wilmerding
Private Signals
120 Water Street
5th Floor
Boston, MA 02109

RE: Blue Hill Investment Management

Mr. Stewart Turley
1465 South Fort Harrison
Suite 201
Clearwater, FL 33756

RE: Turley Family Trust, Ltd.

Mr. Eliot Wadsworth
Housatonic Partners
111 Huntington Avenue
Suite 2850
Boston, MA 02116

RE: Auchincloss, Wadsworth & Co. L.P.

Mr. Bayard Henry
3 Center Plaza
Rm 410
Boston, MA 02108

RE: Bayard Henry

Mrs. Patsy Psaledakis
338 Kent Avenue
Kent Field, CA 94904

RE:  Patsy W. Psaledakis Revocable Trust DTD
6/16/1999 FBO Patsy W. Psaledakis

Mr. Francois de Saint Phalle
1107 5th Avenue
6-N
New York, NY 10128

RE:  Francois de Saint Phalle

Mr. James D. Houghton
Att: Maryanne Young
80 E. Market Street
Suite 300
Corning, NY 14830

RE:  James D. Houghton

Lynne Anderson
Megunticook Management, LLC
143 Newbury Street
6th Floor
Boston, Massachusetts 02116

Mr. Steven Petrucci
Falcidian, LLC
103 Foulk Road
Suite 101
Wilmington, DE 19803
RE:  Theodore H. Ashford, Jr.

Mr. Rob Balogh
Balogh & Tjornehoj
600 S. Cherry st.
#210
Denver, CO 80246-

RE:  Bjorn K. Borgen

Mr. James Cownie
1011 Locust Street
Suite 309
Des Moines, IA 50309-

RE:  Bankers Trust Company, N.A. of Des Moines,
Iowa as Custodian F/B/O James S. Cownie IRA

Mr. James Kittler
JDJ Resources
31 Milk Street
Suite 401
Boston, MA 02109-

RE:  Robert F. Higgins

Mr. Tim O'Brien
O'Brien & Assoc, LLC
10 Kearney Rd
Needham, Ma 02494-

RE:  Paul A. Maeder & Gwill E. York

Mr. Tom Post
Independence Advisors, Inc
3700 Woodward Ave
Bloomfield, MI 48304-

RE:  Michael C. Stanley

Mr. Tom Post
Independence Advisors
3700 Woodward Ave
Bloomfield Hills, Mi 48304-

RE:  Stanley Three Trusts Partnership

Mr. Dave Shuman
Sullivan, Shuman & Friedberg, LLC
3 Tech Circle
Natick, MA 01760-

RE:  J.H. Walton, Jr.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

| | |
|---|---|
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) |
| **THE MEGUNTICOOK FUND, L.P.,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**CIV. ACTION NO. 05-11677DPW**
**HON. DOUGLAS P. WOODLOCK**

## <u>ORDER</u>

THIS CAUSE COMING on the Receiver's Motion for Entry of An Order Approving and Confirming the Sale of SBA's Preferred Limited Partnership Interest in The Megunticook Fund, L.P., filed by the United States Small Business Administration ("SBA"), Receiver ("Receiver") for The Megunticook Fund, L.P. ("Megunticook"), and this Court being duly advised as to the merits,

THIS COURT FINDS that the actions taken by the Receiver to market the SBA's preferred limited partnership interest in Megunticook or its entire portfolio of assets are sufficient; that no written bids in excess of ten percent (10%) of the purchase price having been received; that the sale of SBA's Preferred limited partnership interest in Megunticook is in the best interests of the Megunticook Receivership Estate; that no objections to the sale have been received by the Receiver or this Court; and that a hearing will not produce any additional facts beneficial to this Court's consideration and decision. Therefore,

**IT IS HEREBY ORDERED AND DECREED:**

1.    That the Receiver's Motion is granted in its entirety; and

2.      That the sale of SBA's preferred limited partnership interest in Megunticook to in accordance with the terms and conditions of the Purchase and Sale Agreement dated October 31, 2005 is Approved and Confirmed, and the Receiver is granted leave to proceed with such sale without the necessity of a hearing before this Court, and to take all actions necessary to conclude such sale without prior further order of this Court.

**SO ORDERED** this ___ day of _____, 2006.


_____
HON. DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE

Copies to:


ARLENE M. EMBREY, ESQ.
Special Assistant United States Attorney
Trial Attorney, SBIC Enforcement
Office of General Counsel
U.S. Small Business Administration
Receiver for Esquire Capital Corporation
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416
Telephone: (202) 205-6976
Facsimile: (202) 481-0324