UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE MEGUNTICOOK FUND, L.P.,<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIV. ACTION NO. 05-11677DPW
HON. DOUGLAS P. WOODLOCK

**RECEIVER'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ENTRY OF
ORDER APPROVING AND CONFIRMING THE PRIVATE SALE OF
SBA'S PREFERRED LIMITED PARTNERSHIP INTEREST IN
THE MEGUNTICOOK FUND, L.P.**

In support of its Motion for Entry of an Order Approving and Confirming the Private Sale of SBA's Limited Partnership Interest in The Megunticook Fund, LP, the United States Small Business Administration ("SBA"), as Receiver ("Receiver") for The Megunticook Fund, L.P. ("Megunticook"), states as follows:

On the Motion of the Receiver, this Court entered an Order on November 30, 2005 granting the Receiver leave to proceed with a sale of the Interest or a sale of Megunticook's entire portfolio of assets, in accordance with terms of a Purchase and Sale Agreement dated October 31, 2005 (the "Agreement") and approving the marketing process and procedure for receiving competing bids from qualified, sophisticated investors (Docket No. 9).

As more fully described in the memorandum of law accompanying the previous motion, by agreement dated December 12, 2005, the Receiver engaged a private marketing firm to market the Interest or portfolio of assets to a group of qualifying, sophisticated investors.  The

Receiver's marketing firm set Wednesday, March 8, 2006 at 5:00 p.m PDT as the deadline by which interested parties must submit written binding bids of at least $6.8 million (ten percent [10%] higher than the Agreement Purchase Price stated in the Agreement of $6.2 million. Neither the Receiver nor its agents received any written, binding bids prior to the 5:00 p.m. PDT deadline on March 8, 2006, nor has the Receiver received any late tendered bids as of the date of this filing. A true and correct copy of the March 14, 2006 letter confirming no competing bids were received is attached hereto as Exhibit A.

Based upon the Receiver's compliance with this Court's Order entered November 29, 2005 and the failure of any interested party to submit a timely, written binding bid for the purchase of the Interest or entire portfolio of assets, the Receiver seeks approval and confirmation of the sale of the Interest without the necessity of a hearing. In support of this request, the Receiver respectfully submits to this Court that the current Agreement for the sale of the Interest to the contract purchaser will provide the greatest practicable return possible to the Receiver, that an expeditious closing of the Agreement is in the best interest of the Megunticook Receivership Estate as it will lead to the closing of this receivership matter, and that a hearing will not produce any additional facts beneficial to this Court's consideration and decision. Accordingly, the Receiver respectfully requests that this Court find that the best interests of the Megunticook Receivership Estate will be served by the approval and confirmation of the sale of SBA's preferred limited partnership interest in Megunticook as set forth in the Agreement without the necessity of a hearing.

WHEREFORE, The Receiver respectfully requests this Court to approve and confirm the sale of SBA's preferred limited partnership interest in Megunticook without the necessity of a hearing, and enter the proposed Order filed simultaneously herewith.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for The Megunticook Fund, L.P.

Dated: 3/20/06          By:     /s/ Arlene M. Embrey
                                ARLENE M. EMBREY
                                Trial Attorney, SBIC Litigation/Liquidation
                                Office of General Counsel
                                U.S. Small Business Administration
                                409 Third Street, S.W., 7th Floor
                                Washington, D.C. 20416
                                Telephone:   (202) 205-6976
                                Facsimile:   (202) 481-0324
                                Email:  arlene.embrey@sba.gov