UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> THE MEGUNTICOOK FUND, L.P., ) <br> ) <br> Defendant. ) | CIV. ACTION NO. 05-11677DPW <br> HON. DOUGLAS P. WOODLOCK |

## ORDER

THIS CAUSE COMING on the Receiver's Motion for Entry of An Order Approving and Confirming the Sale of SBA's Preferred Limited Partnership Interest in The Megunticook Fund, L.P., filed by the United States Small Business Administration ("SBA"), Receiver ("Receiver") for The Megunticook Fund, L.P. ("Megunticook"), and this Court being duly advised as to the merits,

THIS COURT FINDS that the actions taken by the Receiver to market the SBA's preferred limited partnership interest in Megunticook or its entire portfolio of assets are sufficient; that no written bids in excess of ten percent (10%) of the purchase price having been received; that the sale of SBA's Preferred limited partnership interest in Megunticook is in the best interests of the Megunticook Receivership Estate; that no objections to the sale have been received by the Receiver or this Court; and that a hearing will not produce any additional facts beneficial to this Court's consideration and decision. Therefore,

IT IS HEREBY ORDERED AND DECREED:

1. That the Receiver's Motion is granted in its entirety; and

&lt;

2. That the sale of SBA's preferred limited partnership interest in Megunticook to in accordance with the terms and conditions of the Purchase and Sale Agreement dated October 31, 2005 is Approved and Confirmed, and the Receiver is granted leave to proceed with such sale without the necessity of a hearing before this Court, and to take all actions necessary to conclude such sale without prior further order of this Court.

**SO ORDERED** this 6th day of April, 2006.

_____
HON. DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE