# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | **CIVIL ACTION NO.** |
| Plaintiff,  ) | **05-11677 DPW** |
| ) | |
| v.  ) | |
| ) | |
| THE MEGUNTICOOK FUND, L.P.  ) | |
| ) | |
| Defendant.  ) | |

**RECEIVER'S MOTION FOR ENTRY OF A FINAL ORDER APPROVING AND
CONFIRMING THE FIRST AND FINAL RECEIVER'S REPORT, APPROVING THE
FORM AND MANNER OF PROCEDURE FOR WINDING UP AND CLOSING THE
RECEIVERSHIP, TERMINATING THE RECEIVERSHIP,
<u>AND DISCHARGING THE RECEIVER</u>**

COMES NOW the United States Small Business Administration in its capacity as court appointed receiver ("the Receiver") for The Megunticook Fund, LP ("Megunticook") and hereby moves this Court for entry of an order (1) approving and confirming the First and Final Receiver's Report; (2) approving the form and manner for winding up and closing the Megunticook receivership estate; (3) terminating the Megunticook receivership; and (4) discharging the Receiver. As more fully described in Memorandum of Law in support of this Motion, filed simultaneously herewith, the Receiver believes that entry of the requested order is in the best interest of the receivership estate.

WHEREFORE, the Receiver respectfully requests that this Court grant the Receiver's Motion and enter the proposed Order submitted herewith.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for The Megunticook Fund, L.P.

Dated: 4/17/06                By:    /s/ Arlene M. Embrey
                                     ARLENE M. EMBREY
                                     Trial Attorney, SBIC Litigation/Liquidation
                                     Office of General Counsel
                                     U.S. Small Business Administration
                                     409 Third Street, S.W., 7th Floor
                                     Washington, D.C. 20416
                                     Telephone:   (202) 205-6976
                                     Facsimile:   (202) 481-0324
                                     Email:  arlene.embrey@sba.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion of the U.S. Small Business Administration, Receiver for The Megunticook Fund, LP, for Entry of a Final Order Approving and Confirming the Final Receiver's Report, Approving the Form and Manner for Winding Up and Closing the Receivership, Terminating the Receivership, and Discharging the Receiver, Memorandum of Law in Support thereof and proposed "Final Order" were served by first class mail, postage prepaid, on this 17th day of April, 2006 upon the following persons identified in Exhibit 1.


 /s/ Arlene M. Embrey
ARLENE M. EMBREY

EXHIBIT  1 – SERVICE LIST

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St South, 2nd Floor
South Natick, MA  01760
*(re: Wm Egan 1985  Children's Trust F/B/O Gregory Egan)*

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St. South, 2nd Floor
South Natick, MA  01760
*(re: Wm Egan 1985  Children's Trust F/B/O Wm. Egan III)*

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St. South, 2nd Floor
South Natick, MA  01760
*(re: Wm Egan 1985  Children's Trust F/B/O Kristen Reed)*

Mr. Francis Kingsley
Kingsley Business Service
8D Pleasant St. South, 2nd Floor
South Natick, MA  01760
*(re: Wm Egan 1985  Children's Trust F/B/O Mark Egan)*

Mr. Trygve Myhren
Myhren Media
280 Detroit Street
Cherry Creek North, Suite 200
Denver, CO  80206

Mr. Jack Clifford
Providence Journal Broadcast & Cable Group
6221 East Vista Drive
Scottsdale, AZ  85253

Mr. Pierce Jackson Roberts, Jr.
621 Ocean Club Court
Amelia Island, FL  32034

Mr. James Stern
15 Edgemont Road
Larchmont, NY  10538

Mr. Stephen Hamblett
66 Williams Street
Providence, RI  02906

Mr. Theodore Ashford
Ashford Capital Management
One Walker's Mill Rd.
Wilmington, DE  19807

Mr. Frederick D. Ballou
Loring, Wolcott and Coolidge
230 Congress Street
12th Floor
Boston, MA  02110

Mr. Frederick D. Ballou
Loring, Wolcott and Coolidge
230 Congress Street, 12th Floor
Boston, MA  02116

*(re: Augustus P. Loring Residue Trust)*

Mr. Erik Borgen
Borgen Investment Group, Inc.
44 Cook Street, Suite 609
Denver, CO  80206

Mr. Alexander Webb, III
S & Co
50 Congress Street
Boston, MA  02109

*(re: Hill & Co.)*

EXHIBIT  1 – SERVICE LIST

Mr. Lawrence Coolidge
c/o Mr. Frederick Ballou
Loring, Wolcott & Coolidge
230 Congress Street
12th Floor
Boston, MA  02110

Mr. Thomas Domencich
429 So. Beach Rd.
Hobe Sound, RI  33455

*(re: Condor Partners, L.P.)*

Mr. Dean Ericson
Bortz Sports & Media Group
4582 S. Ulster Street
Suite 1450
Denver, CO  80237

Mr. Michael N. Garin
DigitalConvergence Corp.
49 Moore Road
Bronxville, NY  10708

*(re: Torunn A. Garin)*

Mr. Max Gendelman
8595 No. Seneca Rd.
Milwaukee, WI  53217

Mr. Edward Grace
Grace Venture Partners
Suntrust Center
200 South Orange Avenue
Suite 1850
Orlando, FL  32801

Mr. Robert F. Higgins
One Chestnut St., #2A
Boston, MA  02108

Mr. James Cownie
Bankers Trust Company
c/o Mindy Nussbaum-Bell
665 Locust Street
Des Moines, IA  50304
*(re: James C. Crownie IRA)*

Mr. William P. Egan
Alta Communications
200 Clarendon Street
51st Floor
Boston, MA  02116

Mr. Christopher Gaffney
Great Hill Partners
One Liberty Sqaure
13th Floor
Boston, MA  02109

Mr. Bruce Gendelman
The Bruce Gendelman Company
Attn:  Karen Zastrow
10335 N. Port Washington Road
Suite 200
Mequon, WI  53092

Mr. John Goddard
140 Montair Court
Danville, CA  94526

Mr. Benjamin P. Harris
Edwards & Angell, LLP.
2800 Financial Plaza
Providence, RI  02903

Mr. James R. Houghton
c/o Marianne Young
Market Street Trust Company
80 E. Market Street
Suite 300
Corning, NY  14830

EXHIBIT   1 – SERVICE LIST

Mr. James R. Houghton
c/o Marianne Young
Market Street Trust Company
80 E. Market Street
Suite 300
Corning, NY  14830

Mr. Michael C. Jackson
177 Sabbaday Lane
Washington Depot, CT  06794

Mr. Henry Ames
189 Hale Street
Beverly Cove, MA  01915

Mr. David  B. Jenkins
17 Fairway Lane
Box 206
Duxbury, MA  02331

Mr. Scott Jones
Escient, Inc.
1150 W. 116th Street
Carmel, IN  46032

Ms. Nancy Kissam
4 Woodchester Road
Wellesley Hills, MA  02481

Mr. Jefferey Kukes
16410 Maddalena Place
Delray Beach, FL  33446

*(re:  Scott Elwood Kukes UAD 9/29/82)*

Mr. Jeffrey Kukes
16410 Maddalena Place
Delray Beach, FL  33446

*(re: Andrew Jonathan Kukes UAD 9/29/82)*

Mr. Jefferey Kukes
16410 Maddalena Place
Delray Beach, FL  33446

*(re: Jeffrey Kukes UAD 7/20/79)*

Mr. Ludwig Kuttner
c/o Pam Stevens
P.O. Box 359
Keene, VA  22946

Ms. Marie J. Langlois
254 Wayland Street
Providence, RI  02906

Mr. Harry T. Lewis, Jr.
105 Southmoor Drive
Denver, CO  80220

Mr. Peter B. Loring
c/o Mr. Frederick Ballou
Loring, Wolcott & Coolidge
230 Congress Street
12th Floor
Boston, MA  02110

Mr. Paul Maeder
92 Hayden Avenue
Lexington, MA  02142

EXHIBIT   1 – SERVICE LIST

Mr. Shawn Street
Silicon Valley Bank Capital
3000 Sand Hill Road
Building 3, Suite 150
Menlo Park, CA  94025

Mr. John   Nelson
Two Avery Street
South Tower, 36 D
Boston, MA  02111

Mr. James Owen
30 Bayberry Road
Lexington, MA  02421

Mr. & Mrs. Anthony Perry
TGP Property Management
P.O. Box 4400
Vail, CO  81658

Mr. Gregory Sacco
29 Bellevue Aveune
Rumson, NJ  07760

*(re: Maria Kerbs Sacco)*

Mr. Normand F. Smith
Perkins, Smith & Cohen
One Beacon Street
Boston, MA  02108

Mr. Michael Stanley
PO Box 180
Pottersville, NJ  07979

Mr. Michael Stanley
1680 Black River Road
Pottersville, NJ  07979

Mr. Michael B. Stubbs
777 Third Avenue
18th Floor
New York, NY  10017

Mr. Jack Thompson
JD Edwards
1536 Elk View Road
Larkspur, CO  80118

Mr. William N. Thorndike
Housatonic Partners
111 Huntington Avenue
Suite 2850
Boston, MA  02199

Mr. John W. Wall
106 Prospect Street
Providence, RI  02906

Ms. Doreen Biebosch
JDJ Resources
31 Milk St.
Suite 401
Boston, MA  02109

Mr. Paul Whyte
Manasett Corporation
22 Parsonage Street
Providence, RI  02903

EXHIBIT  1 – SERVICE LIST

Ms. Daphne W. Scalamandre
343 Chicken Valley Road
Upper Brookville, NY  11545

Ms. Kathryn Heminway
"Winds Eye"
289 South Cross Road
Chatham, NY  12037

Mr. Henry D. Sharpe
30 Projac Point Rd.
North Kingston, RI  02852

Mr. Bayard Henry
3 Center Plaza
Room 410
Boston, MA  02108

Mr. Henry A. Wilmerding
5641 Northern Blvd.
East Norwich, NY  11732

Mr. Bruce Gendelman
The Bruce Gendelman Company
Attn: Karen Zastrow
10335 N. Port Washington Road
Mequon, WI  53092

Mr. Patrick R. Wilmerding
Private Signals
120 Water Street
5th Floor
Boston, MA  02109

Mr. Stewart Turley
1465 South Fort Harrison
Suite 201
Clearwater, FL  33756

Mr. Eliot Wadsworth
Housatonic Partners
111 Huntington Avenue, Suite 2850
Boston, MA  02116

*(re: Auchincloss, Wadsworth & Co., L.P.)*

Mr. Bayard Henry
3 Center Plaza
Rm 410
Boston, MA  02108

Mrs. Patsy Psaledakis
338 Kent Avenue
Kent Field, CA  94904

Mr. Francois de Saint Phalle
1107 5th Avenue
6-N
New York, NY  10128

Mr. James D. Houghton
Att: Maryanne Young
80 E. Market Street
Suite 300
Corning, NY  14830

Megunticook Management, Inc
143 Newbury Street, 6th Floor
Boston, MA  02116

EXHIBIT  1 – SERVICE LIST

Mr. Steven Petrucci
Falcidian, LLC
103 Foulk Road, Suite 101
Wilmington, DE  19803

*(re: Theodore H. Ashford, Jr.)*

Mr. James Cownie
1011 Locust Street, Suite 309
Des Moines, IA  50309

*(Re:  James S. Cownie IRA)*

Mr. Tim O'Brien
O'Brien & Assoc, LLC
10 Kearney Rd
Needham, Ma  02494

*(re: Paul A. Maeder & Gwill E. York)*

Mr. Tom Post
Independence Advisors
3700 Woodward Ave
Bloomfield Hills, MI  48304

*(re: Stanley Three Trusts Partnership)*

Mr. Rob Balogh
Balogh & Tjornehoj
600 S. Cherry St., #210
Denver, CO  80246

*(re: Bjorn K. Borgen)*

Mr. James Kittler
JDJ Resources
31 Milk Street, Suite 401
Boston, MA  02109

*(re: Robert F. Higgins)*

Mr. Tom Post
Independence Advisors, Inc
3700 Woodward Ave
Bloomfield Hills, MI  48304

*(re: Michael C. Stanley)*

Mr. Dave Shuman
Sullivan, Shuman & Friedberg, LLC
3 Tech Circle
Natick, MA  01760

*(re: J.H. Walton, Jr.)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    ) | |
|    ) | **CIVIL ACTION NO.** |
| **Plaintiff,**    ) | **05-11677 DPW** |
|    ) | |
| **v.**    ) | |
|    ) | |
| **THE MEGUNTICOOK FUND, L.P.**    ) | |
|    ) | |
| **Defendant.**    ) | |
|    ) | |

**RECEIVER'S FIRST AND FINAL RECEIVER'S REPORT**
**FOR THE PERIOD FROM AUGUST 22, 2005 THROUGH MARCH 31, 2006**

This First and Final Receiver's Report ("Receiver's Report") is being filed with the Court by the United States Small Business Administration ("SBA"), which was appointed Receiver ("Receiver") of The Megunticook Fund, L.P. ("Megunticook") pursuant to an Order dated August 22, 2005. This report summarizes the activities of the receivership for the period August 22, 2005 through March 31, 2006.

**I.    BACKGROUND**

Megunticook is a limited partnership organized under the laws of the State of Delaware and licensed to conduct business in the Commonwealth of Massachusetts. On August 22, 2005, this Court entered a Consent Judgment and Order ("Receivership Order"), by which SBA was appointed Receiver for Megunticook.  The Receivership Order provides, inter alia, that this Court take exclusive jurisdiction of Megunticook and all of its assets, wherever located, and that SBA is the court-appointed Receiver of Megunticook for the purpose of operating and administering the operations and assets of Megunticook, satisfying the claims of its creditors.  In addition, the Receivership Order authorizes the Receiver to sell or transfer SBA's Preferred Limited Partnership Interest in Megunticook provided that the Receiver obtains the express written consent of SBA.

## II.    OPERATION OF THE RECEIVERSHIP

A.    General Operations

The Receiver took possession of all relevant books, records and electronic files of Megunticook from its offices in Boston and moved the records to the Receiver's offices in Washington, D.C.   Based on the information gathered from the records and discussions with Megunticook's general partner, the Receiver identified and marshaled the assets of Megunticook by, among other things, analyzing the records maintained by SBA and Megunticook's pre-receivership management, and analyzing the debts, claims and legal proceedings involving Megunticook, whether as claimant or debtor, plaintiff or defendant.  This First and Final Receiver's Report will focus on specific actions taken by the Receiver during this reporting period.

B.    Notice of Receivership

In accordance with paragraph 4 of the Receivership Order, the Receiver gave written notice of its appointment by first class U.S. mail, postage prepaid, to the relevant individuals and entities, including limited partners, portfolio companies and known creditors, to the extent the Receiver was able to obtain proper mailing addresses.   In addition, pursuant to 28 U.S.C. §754, the Receiver served notice of the appointment of the Receiver, by serving a copy of the Receivership Order on every district court nationwide.

C.    Personnel

Pursuant to paragraph 5 of the Receivership Order, the Receiver retained Christine Rishty to serve as Principal Agent for the Receiver.  The Receiver also retained Megunticook Management, LLC , Megunticook's former general partner, to assist with administration of the receivership estate. Additionally, Zarrelli & Riggs, P.C., an accounting firm, was retained to maintain accounting records, assist in the preparation of tax returns, and perform cash management functions, including processing of

accounts payable, accounts receivable and bank account reconciliation.  Brown & Brown, CPAs, was

retained to assist with the preparation of the 2005 federal and state tax returns and related filings, such as

IRS Form K-1 for distribution to all of Megunticook's limited partners.

D.    Miscellaneous Operational Matters

The Receiver maintains a fully collateralized interest-bearing account with Branch Banking &

Trust Co. (also known as BB&T Bank) Wilson, North Carolina.  This account held  $227,223.90 as of

March 31, 2006.  The Receiver administers the receivership estate from the SBA Receivership Office

located at 666 Eleventh Street, NW, Washington, D.C.  The Receiver shares overhead expenses, such as

rent and telephone lines, with other receivership estates for which the SBA is serving as Receiver.

E.    Tax Returns and Accounting Matters

The last tax returns prepared and filed by Megunticook's pre-receivership management were for

the year ended December 31, 2004.  The Receiver reviewed the accounting records obtained from

Megunticook's pre-receivership management for the period prior to the commencement of the

receivership (i.e. January 1, 2005 – August 21, 2005), maintained detailed cash activity records for the

period of the receivership, and engaged Brown & Brown, LLP to prepare the federal and state tax

returns for the year ended December 31, 2005.

F.    Corporate Compliance

Megunticook is a limited partnership chartered in the State of Delaware and licensed to do

business in the Commonwealth of Massachusetts.  The Receiver notified the Secretaries of State of

Delaware and Massachusetts that Megunticook was placed into receivership, and changed its Registered

Agents and Registered Offices in Delaware and Massachusetts to CT Corporation.

### III.    MARKETING AND SALE OF SBA'S PREFERRED LIMITED PARTNERSHIP INTEREST IN MEGUNTICOOK

Megunticook's assets at the date of entry of the Receivership Order consisted of cash, debt and equity investments in privately-held companies. In October 2005, the SBA granted authority to the Receiver to market for sale SBA's preferred limited partnership interest ("Interest") in Megunticook for a price not less than $6.2 million.   Also in October 2005, the Receiver obtained an offer for the purchase of the Interest for $6.2 million from a qualified investor (the "Purchaser"), and entered into a Purchase and Sale Agreement dated "October 31, 2005 (the "Agreement").  On the Motion of the Receiver, this Court issued an Order on November 29, 2005 granting the Receiver leave to proceed with a sale of the Interest or a sale of Megunticook's entire portfolio of assets, in accordance with terms of the Agreement, and approving the marketing process and procedure for receiving competing bids from qualified, sophisticated investors, described in the Memorandum of Law filed in support of the Motion.

To facilitate the marketing of the Interest, by retainer agreement dated December 12, 2005, the Receiver engaged a private marketing firm, Probitas Partners, LLC, to market the Interest or portfolio of assets to a group of qualifying, sophisticated investors, and set Wednesday, March 8, 2006 at 5:00 p.m. PDT as the deadline by which interested parties must submit written binding bids of at least $6.8 million (ten percent [10%] higher than the Agreement Purchase Price stated in the Agreement of $6.2 million. Despite Probitas Partners' marketing efforts, no competing written binding bids were received prior to the 5:00 p.m. PDT deadline on March 8, 2006, nor were any late tendered bids received.  Based upon the Receiver's compliance with this Court's Order entered November 29, 2005, and the failure of any interested party to submit a competing written binding bid for the purchase of the Interest or entire portfolio of assets, the Receiver filed a motion seeking approval and confirmation of the sale of the Interest to the Purchaser without the necessity of a hearing, which this Court granted by its Order entered April 6, 2006.

The confirmed Total Purchase Price of SBA's Interest in Megunticook is $6.2 million. However, cash payment to be paid by the Purchaser to SBA at closing is adjusted to $5.877 million according to the formula specified in the Purchase and Sale Agreement. Closing of the sale pursuant to the terms of the Agreement is tentatively scheduled for May 9, 2006, but no later than prior to the termination date of the receivership. Sale of the SBA's Interest in Megunticook represents the conclusion of all liquidation activities required of the Receiver by the Receivership Order, and therefore, will allow for the expeditious termination of the Megunticook receivership estate.

## V. CLAIMS AGAINST MEGUNTICOOK AND THE RECEIVERSHIP ESTATE

Pursuant to this Court's Order entered November 1, 2005 ("Bar Date Order"), the Receiver solicited claims against Megunticook, the receivership estate, and assets or funds in the possession of the Receiver. The Receiver's solicitations were made by direct mailings of the Notice of claims bar date to known prospective claimants, and by publication of the Notice once each week for two weeks in *The Boston Herald*. The Bar Date Order and Notice pursuant thereto, required all claims to be submitted by the claims bar date of December 30, 2005. In response to the Receiver's solicitations, no claim was received on, before, or since the claims bar date.

On February 23, 2006, the Receiver filed its Motion for Entry of an Order Approving the Notice and Determination of Claims, Memorandum in Support of Motion, and Receiver's Notice and Determination of Claims Received in Response to Claims Bar Date. By Order dated March 12, 2006, this Court entered an Order approving the Receiver's Motion and establishing the following priority of expenses and claims: 1) administrative expenses of the receivership estate, including Receiver's Certificates, if any; 2) the total amount of SBA's creditor claim for Secured Notes Receivable, in the aggregate principal amount of $2,144,749.04, together with all accrued interest thereon; 3) the Preferred Limited Partnership Interest of SBA, which includes principal of $31,700,000 plus prioritized payments

as those payments become due; and then to 4) the Private Limited Partners of Megunticook as provided in the Agreement of Limited Partnership dated January 19, 1999.

Proceeds of the sale of SBA's Interest pursuant to the Agreement will be applied to satisfaction of the SBA's claims described in Nos. 2 and 3 in the preceding paragraph, after which all funds will be exhausted. No residual funds will be available to satisfy any portion of the Private Limited Partners' claims.

## VI.    RECEIPTS AND DISBURSEMENTS

The Receiver for Megunticook shares office space, overhead expenses and administrative services with other receiverships. This arrangement is beneficial to the Megunticook as operating costs for each individual receivership are reduced by such sharing of costs, as well as by the Receiver's use of certain services, such as telephone lines, provided by the federal government. The rent, administrative, and overhead expenses pertaining to the operation of the office are originally disbursed by Zarrelli & Riggs Consulting, Inc., the company which holds the lease for office space. The expenses are then allocated each month, after accounts are reconciled, to all the receiverships, including Megunticook. The schedule attached as Exhibit A to this Report sets forth Cash Receipts and Disbursements for the period August 22, 2005 through March 31, 2006.

Respectfully submitted,
U.S. SMALL BUSINESS ADMINISTRATION as
Receiver for The Megunticook Fund, L.P.

Dated: 4/17/06                    By:     /s/ Christine M. Rishty

**CHRISTINE M. RISHTY**
Principal Agent for the Receiver

SBA, Receiver for MEGUNTICOOK FUND, LP

The schedule below sets forth receipts and disbursements
for the periods from 08-24-2005 to 03-31-2006

|  |  | 08-24-05 to 03-31-2006 |
|---|---|---|
| 1. Total Cash on Hand at the Beginning of Period | $ | 181,558.05 |
| **2. Receivership Operations** | | |
| A. Receipts from Receivership Operations: | | |
| Other: | | |
| Fair Air.Com (Final Distribution) | | 129,149.13 |
| Return of Pre-Receivership Retainer Fees | | 6,114.84 |
| Interest Earned from Cash Accounts | | 3,041.93 |
| Broadband Solutions, Inc. (Final Distribution) | | 1,637.33 |
| Total Receipts from Receivership Operations | $ | 139,943.23 |
| **B. Disbursements from Receivership Operations:** | | |
| Accounting/Bookkeeping Fees | | 26,204.43 |
| Agent Services | | 25,706.21 |
| Legal Fees | | 18,201.01 |
| Rent/Overhead Allocation | | 6,841.76 |
| Travel Expenses | | 5,909.29 |
| Deposit on Receivership Office Space | | 4,000.00 |
| Administrative Services | | 3,770.94 |
| Delivery Services | | 1,785.12 |
| Advertising (Including Bar Date Notice) | | 847.24 |
| Photocopy Fees | | 487.70 |
| Corporate Compliance | | 309.00 |
| Bank Charges/Trustee Fees | | 199.29 |
| Office Supplies | | 15.39 |
| Total Disbursements from Receivership Operations | $ | 94,277.38 |
| Net Cash Gain/(Loss) from Receivership Operations | $ | 45,665.85 |
| 3. Total Cash on Hand for Period Ended March 31, 2006 | $ | 227,223.90 |

E X H I B I T    A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **CIVIL ACTION NO.** |
| **Plaintiff,** ) | **05-11677 DPW** |
| ) | |
| **v.** ) | |
| ) | |
| **THE MEGUNTICOOK FUND, L.P.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**FINAL ORDER**

This matter came upon the Motion of the U.S. Small Business Administration as

Receiver for The Megunticook Fund, L.P. for an Order for Entry of a Final Order

Approving and Confirming the Final Receiver's Report, Approving the Form and Manner

of Procedure for Winding Up and Closing the Receivership, Terminating the

Receivership, and Discharging the Receiver. After careful consideration, this Court,

being duly advised on the merits of the Motion,

**HEREBY ORDERS AND DECREES THAT:**

1.      The Receiver's Motion is granted in its entirety;

2.      This Court approves and confirms (a) the Final Receiver's Report, (b) the

Summary of Cash Receipts and Disbursements of The Megunticook Fund, LP for the

period August 22, 2005 through March 31, 2006, and (3) all of the actions taken by the

Receiver reported therein.

3.      The Receiver's agents are hereby ordered to perform all final

administrative and accounting tasks necessary to windup and close the Megunticook

receivership estate in an orderly manner, and to discharge the Receiver and its agents.

These tasks include, but are not limited to: a) finalizing the accounting books and records

of Megunticook, including the preparation of the tax return for the year 2005, which

return will be filed after the close of the receivership by the general partner to whom

control of the company will be returned within forty-five (45) days from the date of entry

of this order and closing the receivership bank account; b) delivering the files and records

of Megunticook to the Federal Record Center, with the exception of those pre-

receivership corporate files of Megunticook that will be delivered to Megunticook's

General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston,

Massachusetts  02116; and c) transferring the remaining Megunticook asset (the cash in

the receivership bank account) to SBA.  The Receiver will undertake and complete these

tasks within forty-five (45) days after receipt of notification of the entry of the Final

Order by this Court.

     4.    This Court approves and confirms the form and manner of procedures for

winding up and closing the Megunticook receivership as set forth in the Memorandum of

Points and Authorities in Support of the Motion filed by the Receiver.  Within forty-five

(45) days of receipt of notification of the entry of this Final Order, the Receiver and its

agents shall perform any and all final administrative and accounting tasks necessary to

implement the provisions of this Final Order in order to windup and terminate the

Megunticook receivership and discharge the Receiver, its agents, attorneys, contractors,

the SBA, and its employees, and all other persons who have acted on the Receiver's

behalf.

     5.    Any and all expenses associated with the windup and closing procedures

shall be and are hereby chargeable and payable as administrative expenses of the

Megunticook receivership.  The Receiver is hereby authorized to prepay monies to the

Receiver's agents, accountants and others to facilitate the closing of the receivership after the Megunticook receivership bank account is closed. Any funds not expended in the closing of the Megunticook receivership shall be remitted to the SBA, along with a reconciliation within six (6) months of closing the Megunticook receivership.

6.    Christine M. Rishty, Principal Agent for the Receiver, A. Jerome Fowlkes, Financial Analyst, Office of Liquidation, U.S. Small Business Administration, or such other agent or employee as the SBA in its sole discretion shall designate, are hereby appointed and authorized to sign on behalf of the Receiver any and all documents necessary to windup and close the Megunticook receivership.

7.    Within forty-five (45) days of the Receiver's receipt of notification of entry of this Final Order, control of Megunticook is unconditionally transferred and returned to Megunticook's General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116. Such transfer and return of control shall not be effective until entry of the Final Order discharging the Receiver, and until the Receiver has completed all actions necessary to windup and close the Megunticook receivership.

8.    Within forty-five (45) days after receiving notification of the entry of the Final Order by the Court, the Receiver shall transfer and deliver limited accounting records of the Megunticook receivership that may be necessary to enable Megunticook to prepare and file tax returns that may become due after the termination of the Megunticook receivership to Megunticook's General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116.

9.     The Receiver is hereby ordered to assign, transfer and deliver to SBA all of the records and files that are not delivered to the limited partners of Megunticook, in accordance with paragraph 8 above, within forty-five (45) days after the Receiver receives notification of the entry of the Final Order, with the exception that the pre-receivership corporate files of Megunticook will be sent to Megunticook's General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts  02116.  The Receiver shall deliver all of those records and files, which are assigned to SBA to the Federal Record Center.  SBA is authorized to dispose of these records and files one year after the entry of the Final Order, except that SBA shall retain all post-receivership accounting records not returned to Megunticook's' limited partners for a period of three (3) years from the date of entry of the Final Order.  In the event that Megunticook's general or limited partners wish to obtain copies of such documents, they shall serve a written request upon SBA, to the attention of A. Jerome Fowlkes, Financial Analyst, Office of Liquidation, U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor, Washington, D.C. 20416.  Requests for copies of accounting documents shall be served within three years after the entry of the Final Order, and requests for copies of all other documents shall be served within one year.

10.     Following the payment of all administrative expenses of the Megunticook receivership, the Receiver is hereby ordered and authorized to transfer the balance of cash remaining in the bank account of the Megunticook receivership estate to the SBA.

11.     The Receiver is hereby authorized and ordered to surrender Megunticook's SBIC license to the SBA, to the attention of A. Jerome Fowlkes, Financial Analyst, Office of Liquidation, U.S. Small Business Administration, 409 Third

Street, S.W., Sixth Floor, Washington, D.C. 20416, and the SBA is hereby authorized to revoke said license upon entry of this Final Order.

12.    The Receiver is hereby ordered to file a Final Notice with this Court confirming that the Receiver has completed the procedures enumerated in the Final Order for winding up and closing the Megunticook receivership.  The Receiver is further ordered to attach, as an exhibit to the Final Notice, a Final Cash Receipts and Disbursements Summary from the date of inception of the Megunticook receivership, August 22, 2005, through the date of the closing of the Megunticook receivership bank account.

13.    The Receiver is hereby ordered to serve a copy of this Final Order upon the general and limited partners of Megunticook, c/o Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts  02116, Megunticook's General Partner.

14.    The Receiver is hereby ordered to serve notice of the entry of the Final Order, and the transfer of control of Megunticook, upon the federal and state tax offices, the Delaware and Massachusetts Secretaries of State, and upon Megunticook's registered agents for service of process.  The Receiver shall prepare and file any reports that are due prior to the discharge of the Receiver.

15.    All claims against and obligations of Megunticook, the Megunticook receivership estate, and the Receiver and its current and former agents, attorneys, employees, contractors, and all other persons who acted on the Receiver's behalf, arising from or relating in any way to the Megunticook receivership, shall be discharged within forty-five (45) days of receipt by the Receiver of notification of entry of this Final Order.

16.     The Megunticook receivership is terminated, the SBA is discharged as

Receiver, and the SBA, its employees, officers, agents, contractors, attorneys, and any

other person who acted on behalf of the Receiver, are hereby discharged and released

from any and all claims, obligations and liabilities arising from or relating to the

activities, conduct or management and operation of Megunticook, the Megunticook

receivership, and the Megunticook receivership estate, within forty-five (45) days of the

Receiver receiving notification of entry of this Final Order.

17.     The stay imposed by this Court pursuant to paragraph 7 of the

Receivership Order, dated August 22, 2005, shall be and is hereby lifted in its entirety,

within forty-five (45) days of receipt by the Receiver of notification of entry of this Final

Order.

**SO ORDERED** this __ day of _____ 2006, in Boston, Massachusetts.


_____
HONORABLE DOUGLAS P.WOODLOCK
UNITED STATES DISTRICT COURT JUDGE


Copies to:

A. Jerome Fowlkes, Financial Analyst
Office of SBIC Liquidation, 6th Floor
U.S. Small Business Administration
409 Third Street, SW
Washington, DC  20416

Arlene Embrey, Esq.
Trial Attorney
U.S. Small Business Administration
Office of General Counsel
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416