UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                        Plaintiff,     )<br>                                                          )<br>             v.                                         )<br>                                                          )<br>THE MEGUNTICOOK FUND, L.P.   )<br>                                                          )<br>                        Defendant.  )<br>                                                          ) | CIVIL ACTION NO.<br>05-11677 DPW |

**MEMORANDUM OF LAW IN SUPPORT OF RECEIVER'S MOTION FOR ENTRY OF A FINAL ORDER APPROVING AND CONFIRMING THE FINAL RECEIVER'S REPORT, APPROVING THE FORM AND MANNER OF PROCEDURE FOR WINDING UP AND CLOSING THE RECEIVERSHIP, TERMINATING THE RECEIVERSHIP, AND DISCHARGING THE RECEIVER**

In support of its Motion for Entry of a Final Order Approving and Confirming the First and Final Receiver's Report, Approving the Form and Manner of Procedure for Winding Up and Closing the Receivership, Terminating the Receivership, and Discharging the Receiver, the United States Small Business Administration ("SBA"), in its capacity as court-appointed Receiver ("the Receiver") for The Megunticook Fund, LP states as follows:

Pursuant to an Order entered August 22, 2005 ("Receivership Order") (Docket No. 3), this Court appointed the SBA as Receiver of Megunticook and instructed the Receiver, *inter alia*, to assume control of and take over the operation of Megunticook and to pursue and preserve all of its claims. Under this Court's supervision, the Receiver and its agents have marshaled Megunticook's assets, solicited claims against Megunticook and the receivership estate, and recommended the sale of SBA's Preferred Limited Partnership Interest in Megunticook.

In furtherance of its duties to establish a pool of creditors for the estate, the Receiver requested, and by order entered November 1, 2005 (Docket No. 6 ) this Court adopted, procedures for persons other than SBA, and persons retained by the Receiver, to submit claims against Megunticook or the receivership estate and established a bar date, December 30, 2005, after which date no further claims would be considered. Docket No. Pursuant to this Court's direction, persons who might have had claims against Megunticook or the receivership estate were notified by first class mail and/or by publication in newspapers of general circulation.  No claims were received by the claims bar date.  By Order dated March 12, 2006 (Docket No. 12), this Court approved the Receiver's recommended disposition of claims.

Filed simultaneously herewith as Exhibit 2 is the First and Final Receiver's Report for the period August 22, 2005 through March 31, 2006 ("Receiver's Report"). The Receiver's Report summarizes both the Receiver's actions throughout that period and the transactions and receipts and disbursements of the receivership during the period covered.  At the time the receivership was established, Megunticook's assets included cash in the amount of $181,558.05.  As of March 31, 2006, the receivership bank account had a balance of $227,223.90.  A summary of cash receipts and disbursements for Megunticook receivership for the period from August 22, 2005 through March 31, 2006 is attached to the Receiver's Report as Exhibit A.

The Receiver is now recommending and requesting that this Court approve the following procedures and the steps necessary for the Receiver to wind up and close the Megunticook receivership estate.  In addition, the Receiver is requesting that this Court

approve and confirm the actions taken by the Receiver during the period covered by the Receiver's Report pursuant to the Receivership Order. In summary,

    1.    The Receiver is requesting that this Court approve and confirm the Final Receiver's Report, the acts and transactions reported therein and the summary of receipts and disbursements appended thereto;

    2.    The Receiver's agents will perform all final administrative and accounting tasks necessary to windup and close the Megunticook receivership estate in an orderly manner, and to discharge the Receiver and its agents. These tasks will include, but are not limited to, finalizing the receivership accounting books and records, including the preparation of the tax return for the year 2005, which return will be filed after the close of the receivership by the general partner to whom control of the company will be returned within forty-five (45) days from the date of entry of this order; arranging for the return of control of Megunticook to its General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116; and delivering Megunticook's post-receivership records to the Federal Records Center.

    3.    The Receiver is recommending and requesting that this Court authorize that any expenses associated with the winding up and closing procedures be charged and payable as administrative expenses of Megunticook receivership estate.

    4.    The Receiver will undertake and complete the tasks listed herein within forty-five (45) days of receipt of notification of the entry of the Final Order by this Court.

    5.    The Receiver proposes to prepay monies to the agents, accountants and others to facilitate the closing of the Megunticook receivership after the receivership bank account is closed. Any prepaid funds not expended in the closing of the Megunticook

receivership will be remitted to the SBA, along with a reconciliation within six months of the close of the Megunticook receivership.

6. The Receiver recommends that this Court appoint and authorize either Christine M. Rishty, Principal Agent for the Receiver, or A. Jerome Fowlkes, Financial Analyst, U.S. Small Business Administration, or such other agent or employee as SBA in its sole discretion shall designate, to sign on behalf of the Receiver any and all papers necessary to wind up and close the Megunticook receivership.

7. The Receiver recommends and requests that this Court authorize it to unconditionally transfer and return control of Megunticook to its General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116, within forty-five (45) days after receipt of notification of entry of the Final Order. The Receiver further recommends and requests that such transfer and return of control not be effective unless and until this Court enters a Final Order discharging the Receiver. In addition, the Receiver requests that such transfer and return of control not be effective until the Receiver has completed all actions necessary to windup and close the Megunticook receivership.

8. Within forty-five (45) days after receiving notification of the entry of the Final Order by the Court, the Receiver proposes to transfer and deliver the accounting records of the Megunticook receivership that may be necessary to enable Megunticook to prepare and file tax returns that may be due after termination of the Megunticook receivership to its General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116.

9. The Receiver recommends that all records and files of Megunticook and

the Receiver that are not delivered to Megunticook's General Partner pursuant to paragraph 8 above, be assigned, transferred and delivered to SBA within forty-five (45) days after the Receiver receives notification of the entry of the Final Order.  The Receiver proposes to deliver those records and files assigned to SBA to the Federal Records Center, and requests this Court to authorize SBA to dispose of those records and files one year after the entry of the Final Order, except that SBA shall retain all post-receivership accounting records not returned to Megunticook's limited partners for a period of three (3) years from the date of entry of the Final Order.  In the event that the general or limited partners of Megunticook wish to obtain copies of such documents, they shall be instructed to serve a written request upon SBA, to the attention of A. Jerome Fowlkes, Financial Analyst, Office of Liquidation, U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor, Washington, D.C. 20416.  Requests for copies of accounting documents must be served within three years after the entry of the Final Order, and requests for copies of all other documents must be served within one year.

      10.    Following the payment of all administrative expenses of the Megunticook receivership, the Receiver will transfer the balance of cash remaining in the bank account of the Megunticook receivership to the SBA in partial satisfaction of the SBA's Court-approved claims.

      11.    The Receiver will notify the limited partners of Megunticook of the proposed wind up and closing of the receivership, the proposed revocation of the SBIC license, and the proposed transfer of control of Megunticook to its General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116, subject to final approval and order of this Court.  Such notice of proposed actions

will be effective upon the mailing of a copy of this Motion and Memorandum to the general and limited partners of Megunticook.

12. Pursuant to the determination and adjudication of this Court set forth in ¶10 of the Receivership Order, the Receiver is recommending that the SBIC license of Megunticook be revoked. The Receiver is requesting that this Court approve and authorize the Receiver to surrender Megunticook's SBIC license to the SBA, to the attention of A. Jerome Fowlkes, Financial Analyst, Office of Liquidation, U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor, Washington, D.C. 20416, and is further requesting that this Court authorize the SBA to revoke said license upon entry of the Final Order.

13. The Receiver proposes to file a Final Notice with the Court confirming that it has completed the procedures enumerated in the Final Order for winding up and closing the Megunticook receivership. The Receiver proposes to attach, as an exhibit to the Final Notice, a Final Cash Receipts and Disbursements Summary from the date of inception of the Megunticook receivership, August 22, 2005, through the date of closing of the receivership bank account.

14. The Receiver proposes to serve notice of the entry of the Final Order, and the transfer of corporate control of Megunticook to its General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116, upon the federal and state tax offices, the Delaware and Massachusetts Secretaries of State, and upon Megunticook's registered agents for service of process. The Receiver proposes to prepare and file any reports that may be due prior to the discharge of the Receiver.

15. The Receiver is recommending and requesting that all claims against, and

obligations of Megunticook, the Megunticook receivership estate, and of the Receiver and its current and former agents, attorneys, employees, contractors, and all other persons who acted on the Receiver's behalf arising from or relating in any way to the Megunticook receivership, shall be discharged within forty-five (45) days after the Receiver receives notification of entry of the Final Order.

16.   The Receiver is recommending and requesting that the Final Order provide (i) that the Megunticook receivership be terminated; and (ii) that the SBA, the SBA as Receiver, the SBA's employees and the Receiver's current and former agents, contractors, attorneys and any other persons who have acted for or on the behalf of the Receiver, be discharged and relieved of any and all liability for any and all claims, obligations and liabilities arising from or relating to the activities, conduct or management or operation of Megunticook receivership, within forty-five (45) days after entry of the Final Order.

17.   The Receiver requests this Court, to lift the stay imposed by this Court pursuant to ¶7 of the Receivership Order dated August 22, 2005, within forty-five (45) days after the Receiver receives notification of entry of the Final Order.

The Receiver believes that these wind-up and closing procedures are in the best interest of the receivership estate. Therefore, the Receiver respectfully requests that this Court grant the Receiver's Motion and enter the proposed order submitted herewith that sets forth the procedures for winding up the Megunticook receivership estate.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for The Megunticook Fund, L.P.

Dated: 4/17/06    By: /s/ Arlene M. Embrey
            ARLENE M. EMBREY
            Trial Attorney, SBIC Litigation/Liquidation
            Office of General Counsel
            U.S. Small Business Administration
            409 Third Street, S.W., 7th Floor
            Washington, D.C. 20416
            Telephone: (202) 205-6976
            Facsimile: (202) 481-0324
            Email: arlene.embrey@sba.gov