UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE MEGUNTICOOK FUND, L.P. )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br>05-11677 DPW |

### FINAL ORDER

This matter came upon the Motion of the U.S. Small Business Administration as Receiver for The Megunticook Fund, L.P. for an Order for Entry of a Final Order Approving and Confirming the Final Receiver's Report, Approving the Form and Manner of Procedure for Winding Up and Closing the Receivership, Terminating the Receivership, and Discharging the Receiver. After careful consideration, this Court, being duly advised on the merits of the Motion,

**HEREBY ORDERS AND DECREES THAT:**

    1.    The Receiver's Motion is granted in its entirety;

    2.    This Court approves and confirms (a) the Final Receiver's Report, (b) the Summary of Cash Receipts and Disbursements of The Megunticook Fund, LP for the period August 22, 2005 through March 31, 2006, and (3) all of the actions taken by the Receiver reported therein.

    3.    The Receiver's agents are hereby ordered to perform all final administrative and accounting tasks necessary to windup and close the Megunticook receivership estate in an orderly manner, and to discharge the Receiver and its agents. These tasks include, but are not limited to: a) finalizing the accounting books and records

of Megunticook, including the preparation of the tax return for the year 2005, which return will be filed after the close of the receivership by the general partner to whom control of the company will be returned within forty-five (45) days from the date of entry of this order and closing the receivership bank account; b) delivering the files and records of Megunticook to the Federal Record Center, with the exception of those pre-receivership corporate files of Megunticook that will be delivered to Megunticook's General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116; and c) transferring the remaining Megunticook asset (the cash in the receivership bank account) to SBA. The Receiver will undertake and complete these tasks within forty-five (45) days after receipt of notification of the entry of the Final Order by this Court.

4. This Court approves and confirms the form and manner of procedures for winding up and closing the Megunticook receivership as set forth in the Memorandum of Points and Authorities in Support of the Motion filed by the Receiver. Within forty-five (45) days of receipt of notification of the entry of this Final Order, the Receiver and its agents shall perform any and all final administrative and accounting tasks necessary to implement the provisions of this Final Order in order to windup and terminate the Megunticook receivership and discharge the Receiver, its agents, attorneys, contractors, the SBA, and its employees, and all other persons who have acted on the Receiver's behalf.

5. Any and all expenses associated with the windup and closing procedures shall be and are hereby chargeable and payable as administrative expenses of the Megunticook receivership. The Receiver is hereby authorized to prepay monies to the

Receiver's agents, accountants and others to facilitate the closing of the receivership after the Megunticook receivership bank account is closed. Any funds not expended in the closing of the Megunticook receivership shall be remitted to the SBA, along with a reconciliation within six (6) months of closing the Megunticook receivership.

6. Christine M. Rishty, Principal Agent for the Receiver, A. Jerome Fowlkes, Financial Analyst, Office of Liquidation, U.S. Small Business Administration, or such other agent or employee as the SBA in its sole discretion shall designate, are hereby appointed and authorized to sign on behalf of the Receiver any and all documents necessary to windup and close the Megunticook receivership.

7. Within forty-five (45) days of the Receiver's receipt of notification of entry of this Final Order, control of Megunticook is unconditionally transferred and returned to Megunticook's General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116. Such transfer and return of control shall not be effective until entry of the Final Order discharging the Receiver, and until the Receiver has completed all actions necessary to windup and close the Megunticook receivership.

8. Within forty-five (45) days after receiving notification of the entry of the Final Order by the Court, the Receiver shall transfer and deliver limited accounting records of the Megunticook receivership that may be necessary to enable Megunticook to prepare and file tax returns that may become due after the termination of the Megunticook receivership to Megunticook's General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116.

9.  The Receiver is hereby ordered to assign, transfer and deliver to SBA all of the records and files that are not delivered to the limited partners of Megunticook, in accordance with paragraph 8 above, within forty-five (45) days after the Receiver receives notification of the entry of the Final Order, with the exception that the pre-receivership corporate files of Megunticook will be sent to Megunticook's General Partner, Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116. The Receiver shall deliver all of those records and files, which are assigned to SBA to the Federal Record Center. SBA is authorized to dispose of these records and files one year after the entry of the Final Order, except that SBA shall retain all post-receivership accounting records not returned to Megunticook's' limited partners for a period of three (3) years from the date of entry of the Final Order. In the event that Megunticook's general or limited partners wish to obtain copies of such documents, they shall serve a written request upon SBA, to the attention of A. Jerome Fowlkes, Financial Analyst, Office of Liquidation, U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor, Washington, D.C. 20416. Requests for copies of accounting documents shall be served within three years after the entry of the Final Order, and requests for copies of all other documents shall be served within one year.

10. Following the payment of all administrative expenses of the Megunticook receivership, the Receiver is hereby ordered and authorized to transfer the balance of cash remaining in the bank account of the Megunticook receivership estate to the SBA.

11. The Receiver is hereby authorized and ordered to surrender Megunticook's SBIC license to the SBA, to the attention of A. Jerome Fowlkes, Financial Analyst, Office of Liquidation, U.S. Small Business Administration, 409 Third

Street, S.W., Sixth Floor, Washington, D.C. 20416, and the SBA is hereby authorized to revoke said license upon entry of this Final Order.

12.  The Receiver is hereby ordered to file a Final Notice with this Court confirming that the Receiver has completed the procedures enumerated in the Final Order for winding up and closing the Megunticook receivership. The Receiver is further ordered to attach, as an exhibit to the Final Notice, a Final Cash Receipts and Disbursements Summary from the date of inception of the Megunticook receivership, August 22, 2005, through the date of the closing of the Megunticook receivership bank account.

13.  The Receiver is hereby ordered to serve a copy of this Final Order upon the general and limited partners of Megunticook, c/o Megunticook Partners, LLC, 143 Newbury Street, Sixth Floor, Boston, Massachusetts 02116, Megunticook's General Partner.

14.  The Receiver is hereby ordered to serve notice of the entry of the Final Order, and the transfer of control of Megunticook, upon the federal and state tax offices, the Delaware and Massachusetts Secretaries of State, and upon Megunticook's registered agents for service of process. The Receiver shall prepare and file any reports that are due prior to the discharge of the Receiver.

15.  All claims against and obligations of Megunticook, the Megunticook receivership estate, and the Receiver and its current and former agents, attorneys, employees, contractors, and all other persons who acted on the Receiver's behalf, arising from or relating in any way to the Megunticook receivership, shall be discharged within forty-five (45) days of receipt by the Receiver of notification of entry of this Final Order.

16.   The Megunticook receivership is terminated, the SBA is discharged as Receiver, and the SBA, its employees, officers, agents, contractors, attorneys, and any other person who acted on behalf of the Receiver, are hereby discharged and released from any and all claims, obligations and liabilities arising from or relating to the activities, conduct or management and operation of Megunticook, the Megunticook receivership, and the Megunticook receivership estate, within forty-five (45) days of the Receiver receiving notification of entry of this Final Order.

17.   The stay imposed by this Court pursuant to paragraph 7 of the Receivership Order, dated August 22, 2005, shall be and is hereby lifted in its entirety, within forty-five (45) days of receipt by the Receiver of notification of entry of this Final Order.

**SO ORDERED** this 4th day of May 2006, in Boston, Massachusetts.

_____
HONORABLE DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT COURT JUDGE


Copies to:

A. Jerome Fowlkes, Financial Analyst
Office of SBIC Liquidation, 6th Floor
U.S. Small Business Administration
409 Third Street, SW
Washington, DC 20416

Arlene Embrey, Esq.
Trial Attorney
U.S. Small Business Administration
Office of General Counsel
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416